1  Breck E. Milde (State Bar No.: 122437)
   bmilde@terra-law.com
2  TERRA LAW LLP
   177 Park Ave., Third Floor
3  San Jose, CA 95113-2336
   Telephone: (408) 299-1200
4  Facsimile: (408) 998-4895

5  Attorneys for Plaintiff
   Randolph John T. Hellyer

6

7              UNITED STATES BANKRUPTCY COURT

8              NORTHERN DISTRICT OF CALIFORNIA

9
   In re:                              Case No. 12-52118-CN
10
   LYNN ANN SIMON,                     Chapter 7
11
                                       Adv. Proc No.
12        Debtor.

13 ───────────────────────────────     COMPLAINT FOR JUDGMENT AND
   RANDOLPH JOHN T. HELLYER, as executor  FOR DETERMINATION OF
14 to the estate of Toshie Hellyer,    NONDISCHARGEABILITY OF DEBT

15             Plaintiff,

16        vs.

17 LYNN ANN SIMON,

18             Defendant.

19        Plaintiff Randolph John T. Hellyer, as executor to the estate of Toshie Hellyer ("Hellyer"

20 or "plaintiff") alleges as follows:

21                      **COMMON ALLEGATIONS**

22        1.    This Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. §§

23 157 and 1334(a).

24        2.    Venue properly lies in the Northern District of California pursuant to 28 U.S.C. §

25 1409(a).

26        3.    This adversary proceeding is a core proceeding as that term is defined in 28 U.S.C.

27 section 157(b)(2)(I) and this Court may enter a final judgment herein.

28        4.    Plaintiff is a creditor herein.

   1171927                           1

5.     Defendant Lynn Ann Simon ("defendant" or "Simon") is an individual, and is the debtor herein.  At all relevant times hereto, Simon acted under her fictitious business name, Zig Zag Bail Bonds ("Zig Zag").

6.     On or about September 29, 2009, Hellyer filed a Petition for Order to Marshall Assets; Determine and Convey Title in Certain Property; and for Instructions ("Petition") in the Superior Court of the State of California, in and for the County of Santa Clara, Case No.  1-09-PR-165186.   A true and correct copy of the Petition is attached hereto as Exhibit A, and is incorporated herein by reference.

7.     As alleged in the Petition, petitioner is the son of decedent, Toshie Hellyer, and was the executor of her estate.  Following Mrs. Hellyer's death, defendant, along with others, collaborated to foreclose on the family home of decedent and plaintiff and to transfer the property to a third party.  Defendant foreclosed on a purported $4,000 deed of trust in 2007, even though the debt owed to defendant had been paid in full, and did not provide notice to plaintiff, instead sending notice directed only to the decedent, who defendant knew had died three years earlier.  The property was then worth approximately $700,000; the third party acquired it at foreclosure for $300,100.  Plaintiff was thus rendered homeless and deprived of the use of his home and valuable personal property, and suffered damages as a proximate result of defendant's acts.  In the Petition, plaintiff prayed for an order determining that the decedent's property belonged to plaintiff, for damages according to proof, for twice the value of the property taken, concealed or disposed of pursuant to Probate Code section 850, et seq., in addition to punitive damages, interest and costs of suit.

8.     Attached to the Petition are copies of three Deeds of Trust purportedly executed by the decedent, Toshie Hellyer.  Each of these Deeds of Trust purport to grant a lien on the decedent's real property to "Zig Zag Bail Bonds," as beneficiary.  Simon purported to notarize the decedent's signature on at least one of the Deeds of Trust.  Also, the Notice of Default, Substitution of Trustee, and Notice of Sale all identify the beneficiary under the Deeds of Trust as "Zig Zag Bail Bonds."  Simon, signing on behalf of Zig Zag, executed the Substitution of Trustee.

9.     Following the hearing on the Petition which took place on December 14, 2009, the Superior Court issued its Order on Petition for Order to Marshall Assets; Determine and Convey

**COMPLAINT FOR JUDGMENT AND FOR DETERMINATION OF NONDISCHARGEABILITY OF DEBT**

Title in Certain Property; and for Instructions, granting the relief requested in the Petition. A true and correct copy of said Order is attached hereto as Exhibit B, and is incorporated herein by reference.

10.     Subsequently, on November 9, 2011, the Superior Court entered an Amended Order on Petition to Clarify Name of Judgment Debtor ("Amended Order") whereby the Order entered on December 14, 2009 was amended and replaced. The Amended Order ruled that, among other things, double damages were awarded to plaintiff in the amount of $1,099,900 against defendant, and interest on said damages as awarded in the amount of $30,653.30, as of December 14, 2009. A true and correct copy of the Amended Order is attached hereto as Exhibit C and is incorporated herein by reference.

## FIRST CLAIM FOR RELIEF

### (For Determination of Non-Dischargeability of Debt Pursuant to 11 U.S.C. §523(a)(2)(A))

11.     Plaintiff incorporates herein by reference each and every allegation set forth in the foregoing paragraphs of this Complaint.

12.     The debt incurred by defendant as hereinabove alleged was obtained by false pretenses, false representations, and/or actual fraud as hereinabove alleged. Defendant had actual knowledge of the falsity of her representations or reckless disregard for the truth thereof. Plaintiff justifiably relied on said representations, and defendant's false pretenses, false representations and/or actual fraud were the proximate cause of the damages suffered by plaintiff, as hereinabove alleged.

WHEREFORE, plaintiff prays for judgment as hereinafter set forth.

## SECOND CLAIM FOR RELIEF

### (For Determination of Nondischargeability of Debt Pursuant to 11 U.S.C. §523(a)(4))

13.     Plaintiff incorporates herein by reference each and every allegation set forth in the foregoing paragraphs of this Complaint.

14. Defendant fraudulently appropriated the real property owned by the decedent and plaintiff. Defendant, through the fraudulent deed of trust as hereinabove alleged, used the deed of trust for a use other than that for which it was entrusted to her under circumstances indicating fraud, with the fraudulent intent to deprive plaintiff of his property.

15. Further, defendant is guilty of the felonious taking of plaintiff's property with the intent to convert it or deprive plaintiff of the ownership of his real property as hereinabove alleged. Accordingly, based on defendant's embezzlement and/or larceny, defendant's debt to plaintiff as provided under the Amended Order is nondischargeable pursuant to 11 U.S.C. §523(a)(4).

WHEREFORE, plaintiff prays for judgment as hereinafter set forth.

### THIRD CLAIM FOR RELIEF

**(For Determination of Nondischargeability of Debt
Pursuant to 11 U.S.C. §523(a)(6))**

16. Plaintiff incorporates herein by reference each and every allegation set forth in the foregoing paragraphs of this Complaint.

17. Debtor's conduct, as alleged in the Petition and as confirmed in the Amended Order, constituted willful and malicious injury to plaintiff carried out by defendant. Defendant's wrongful acts were done intentionally, proximately caused injury to plaintiff, and were committed without just cause or excuse. Defendant converted plaintiff's interest in the real property as hereinabove alleged. Plaintiff had the right to possession of said real property, and suffered damages as hereinabove alleged.

18. Accordingly, defendant's debt owed to plaintiff as provided under the Amended Order is nondischargeable pursuant to 11 U.S.C. §523(a)(6).

WHEREFORE, plaintiff prays for judgment against defendant as follows:

### PRAYER

1. For judgment in the principal sum of $1,099,900.00;

2. For interest thereon at the rate provided by law;

3. For a determination that the debt owed by defendant to plaintiff is not dischargeable pursuant to 11 U.S.C. §§ 523(a)(2)(A), 523(a)(4), and/or 523(a)(6); and

1171927

4

1      4.      For such other and further relief as this Court deems appropriate.

2

3  Dated:  June 21, 2012                   TERRA LAW LLP

4

5                             By   /s/ Breck E. Milde
                                    Breck E. Milde

6                                      Attorneys for Plaintiff
                                    Randolph John T. Hellyer

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**COMPLAINT FOR JUDGMENT AND FOR DETERMINATION OF NONDISCHARGEABILITY OF DEBT**

# EXHIBIT A

(ENDORSED)
FILED

2009 SEP 29 PM 3: 20

David H. _____ _____ Court
County of _____, California
By: _____
_____

1    STEPHEN M. VERNON   SBN 084072
2    CECELIA C. FUSICH     SBN 139781
     GILFIX & LA POLL ASSOCIATES
3    2300 Geng Road, Suite 200
     Palo Alto, CA 94303
4    Phone: (650) 493-8070

5    Attorney(s) for John T. "RJ" Hellyer,
     Executor and Petitioner

6

7

8                SUPERIOR COURT OF CALIFORNIA

9                   COUNTY OF SANTA CLARA

10                    PROBATE DEPARTMENT

11   *In the Matter of*                    Case Number: 1-09-PR-165186

12   Estate of Toshie Hellyer,            **Petition for Order To Marshall Assets;**
                                          **Determine and Convey Title in Certain**
13                       Decedent.         **Property; and for Instructions**

14   _____     (Probate Code § 850(a)(2)(D))

15   Randolph John T. ("RJ")Hellyer,

16                       Executor,         Date:  December 14, 2009
                                          Time:  9:00 a.m.
17   v.                                   Dept:  15

18   Reliable Trust Deed Services, Zig Zag
     Bail Bonds, Caliquest LLC, and DOES 1
19   through 100,                         **BY FAX**

20                       Respondents.
     _____

21                        I. **INTRODUCTION**

22        1.      JOHN T. ("R.J.") HELLYER is the son of decedent, Toshie Hellyer, and is her

23   estate's executor.

24        2.      After Mrs. Hellyer's death, Respondents Reliable Trust Deed Services ("Reliable")

25   and Zig Zag Bail Bonds ("Zig Zag") (collectively, "Trust and Bail Respondents") collaborated

26   to "foreclose" on the family home of decedent and petitioner and to transfer it to Caliquest LLP

- 1 -
Petition for Order Conveying Certain Property and Instructions

*Re Estate of Toshie Hellyer*

("Caliquest"), at the expense of the estate and its intended beneficiary, based on either their mistake of horrific proportions or a cleverly conceived and executed scheme according to proof. The result is the same: The estate has been deprived of its primary asset and Mr. Hellyer has been wrongfully evicted from his residence and left homeless; with the disappearance of Mr. Hellyer's and the estate's valuable personal property from it.

3. On information and belief, Trust and Bail Respondents foreclosed on a purported deed of trust which was not in default and which was invalid, when they took the family home,[1] then worth approximately $700,000, according to proof, after a purported foreclosure sale at which on information and belief they paid $300,100 to acquire the property and, on information and belief, having failed to provide proper notice to Toshie Hellyer's successor-in-interest, her estate, or to her son R.J.

4. Petitioner is informed and believes and thereupon alleges that Trust and Bail Respondents converted the proceeds of the purported foreclosure to their own use and benefit, ignoring the requests of Petitioner and his counsel to account for them.

5. Counsel for Mr. Hellyer has sought and obtained partial payment for this wrongful foreclosure. In August 2009, Petitioner's counsel received a check in the amount of $284,800.72.

6. Petitioner is ignorant of the capacities of named Respondents, whether individual, corporate, associate or otherwise, and of the names and capacities of the all of the Respondents sued herein as Does 1-100, inclusive, but alleges that Respondents and each of them were legally responsible for or contributed to the injuries suffered by the decedent and her estate and Petitioner.

---

[1] The "family home" is the property is 1850 Findley Drive, Milpitas, Santa Clara, more particularly described as: All of Lot 198, as shown upon that certain map entitled, "Tract No. 2776 Piedmont Heights Unit No. 2" which map was filed for record in the Office of the Recorder of the County of Santa Clara, State of California, on March 17, 1961 in Book 190 of Maps, at pages 46 and 47; APN: 088-15-087 (also, "the property.")

Case: 12-05132    Doc# 1    Filed: 06/22/12    Entered: 06/22/12 17:17:12    Page 8 of 43
Re Estate of Toshie Hellyer

## II. STATEMENT OF FACTS

7. Toshie Hellyer died on January 11, 2004.

8. She was the sole legal owner of title on the family home when she died.

9. Toshie considered her son a co-owner of the family home and behaved accordingly; RJ relied on this communicated understanding to his detriment in contributing to the upkeep of the home. In her Will executed on September 30, 2003, Toshie Hellyer "g[a]ve, devise[d], and bequeth[ed] all of [her] said estate, whether real or personal and wherever situated to my only son John Thomas Hellyer." Exhibit 1.

10. Zig Zag obtained three purported deeds of trust on the family home to secure asserted debts of $1,500 on December 06, 2002, $4,000 on December 27, 2002, and $4,000 on October 1, 2003, for premiums for bail bonds for R.J. on those respective dates. Collective Exhibit 2.

11. On information and belief, at least one of those deeds of trust, October 1, 2002 Deed, is invalid, as bearing a false purported signature, or otherwise according to proof.

12. Zig Zag by and through Reliable purportedly foreclosed on the $4,000 deed of trust for October 2003. Specifically, on August 15. 2007, Reliable caused to be recorded the Notice of Default "to secure obligations in favor of <u>ZIG ZAG BAIL BONDS</u>, as beneficiary <u>Recorded on 10/01/2003 AS INSTRUMENT NUMBER 17388935</u> of official records in the Office of the Recorder of <u>Santa Clara</u> County, California, as more fully described on the Deed of Trust . . ." A copy of the Notice is Exhibit 3.

13. On information and belief, that bail bond premium had been paid in full.

14. Zig Zag knew that Toshie had died in 2004. On information and belief, the Notice was sent only to Toshie Hellyer.

15. On or about October 1, 2007, Zig Zag (the beneficiary under the Deed of Trust) substituted Reliable as Trustee of the Deed of Trust, so Reliable acted *ultra vires* in providing the notice of default. Exhibit 4.

Case: 12-05132    Doc# 1    Filed: 06/22/12    Entered: 06/22/12 17:17:12    Page 9 of 43
Re Estate of Toshie Hellyer

16. On November 21, 2007, Reliable provided Notice of Trustee's Sale of the family home to occur on December 26, 2007 – but only to decedent, after her death. Exhibit 5.

17. The family home was purportedly sold by the Trustee pursuant to foreclosure on June 6, 2008, reportedly for $300,100 to Caliquest, LLC. Exhibit 6. Trust and Bail Respondents kept all proceeds.

18. Caliquest LLC in July 2008 caused R.J. to be evicted from his home.

19. When R.J. made arrangements to retrieve the valuable personal property from the premises, Caliquest failed to provide access and caused the police to direct him not to retrieve his and the estate's possessions. On information and belief, Trust and Bail Respondents converted the contents of the house, or wrongfully failed to preserve and destroyed them, according to proof.

20. On the basis of information and belief, ZigZag's and according to proof other defendant's misconduct was committed with fraud, malice and oppression.

## III. **NOTICE**

21. The persons entitled to notice of this Petition are as follows:

Zig Zag Bonds
623 North 1st Street
San Jose, CA 95112

Reliable Trust Deed Services
19510 Ventura Blvd., Suite 214
Tarzana, CA 91356

Caliquest, LLC
226 Airport Parkway, Ste 520
San Jose, CA 95110

## IV. **STATEMENT OF THE LAW**

22. All title disputes and adverse claims—including those involving strangers to the estate—are to be resolved in the probate proceeding under Probate Code § 850(a)(2). Probate Code § 850 *et seq.* governs probate litigation over adverse claims to property. *See Parker v.*

Petition for Order Conveying Certain Property and Instructions

1   *Walker* (1992) 5 Cal.App.4th 1173, 1186, 6 Cal.Rptr.2d 908, 914.

2       23.     In a decedent's estate administration, § 850 proceedings may be commenced (a)

3 where "decedent died in possession of, or holding title to, real or personal property, and the

4 property or some interest therein is claimed to belong to another" (Probate Code §

5 850(a)(2)(C); *Estate of Layton* (1996) 44 Cal.App.4th 1337, 1339, 52 Cal.Rptr.2d 251, 252, fn.

6 2; *Estate of Myers* (2006) 139 Cal.App.4th 434, 440, 42 Cal.R3d 753, 757) and (b) where

7 "decedent died having a claim to real or personal property, title to or possession of which is

8 held by another." (Probate Code § 850(a)(2)(D); *Estate of Layton*, 44 Cal.App.4th at 1339;

9 *Estate of Myers,* 139 Cal.App.4th at 440).

10       24.     The personal representative (pursuant to § 850(a)(2)(C)) or the third party

11 claimant (pursuant to § 850(a)(2)(D)), or any other "interested person" may seek an

12 adjudication of adverse claims in the probate court, requesting a court order directing the

13 conveyance or transfer of title or possession accordingly. Probate Code §§ 850(a)(2), 856; *e.g.*,

14 *Estate of Howard* (1976) 58 Cal.App.3d 250, 260–261, 129 Cal.Rptr. 836, 842–843.

15       25.     Section 850 proceedings may be brought by or against "strangers" to the estate

16 or parties who are in "privity" with (*i.e.*, "interested" or claiming through) the estate. *Estate of*

17 *Linnick* (1985) 171 Cal.App.3d 752, 760, 217 Cal.Rptr. 552, 556, fn. 7; *Estate of Myers,*139

18 Cal.App.4th at 440–441.

19       26.     Petitioner requests that this Court determine that Petitioner has title to the

20 Property under Probate Code § 850(a)(2)(C).

21       27.     Petitioner requests that this Court determine that he or the Estate are entitled to

22 the owner's proceeds of the wrongful foreclosure sale, including interest, which are held in

23 constructive trust for them by Reliable, and other Respondents according to proof.

24       28.     Over and over, the Trust and Bail Respondents have failed and refused to respond

25 to inquiries concerning the asserted debt and purported foreclosure thereunder. Exemplars

26 of written inquiries which Respondents have ignored in violation of its duties are attached as

Petition for Order Conveying Certain Property and Instructions

Case: 12-05132   Doc# 1   Filed: 06/22/12   Entered: 06/22/12 17:17:12   Re Estate of Toshi Hellyer   Page 11 of 43

1   Exhibit 6. While Petitioner has received some reimbursement, no accounting has been given
2   and, as a consequence, he is ignorant of what the full amount of damages plus interest might
3   be. The Trust and Bail Respondents should be ordered to turn over the entirety of the proceeds
4   of the foreclosure to Petitioner individually, or as the personal representative of the Estate and
5   to provide an accounting.

6       29.     Caliquest wrongfully holds the family home and its contents. Caliquest should
7   be ordered to turn over the home and its contents and their proceeds to Petitioner individually,
8   or in the alternative to the personal representative of the Estate, and to compensate Petitioner
9   and the Estate for the loss or destruction of any property which cannot be returned.

10      30.     All these acts comprised wrongful taking, concealment or disposal of property
11  according to proof. Whenever a person has in bad faith, "wrongfully taken, concealed, or
12  disposed of property" belonging to the estate of a decedent ... that person is liable for twice the
13  value of the property recovered in an action under Probate Code 850 *et seq.*

14      31.     RJ has suffered additional damages as the foreclosure and conversion of the
15  proceeds rendered him homeless and subject to the elements with attendant damage to his
16  health and basic enjoyment of life ever since, the deprivation of personal belongings such as
17  his mother's paintings is a severe loss, and he has been deprived of other assets and their use
18  due to lack of funds, according to proof.

19      32.     Punitive damages should be awarded to punish the misconduct, provide an
20  example, and deter others from emulating ZigZag and other intentional wrongdoers.

## **PRAYER**

21

22  Petitioner prays for an order determining the following after proper notice and hearing:

23      1.      that the above-described property belongs to R.J. Hellyer;

24      2.      in the alternative, that the above-described property belongs to Petitioner as

25  personal representative of the estate of Toshie Hellyer;

26      3.      damages according to proof;

Case: 12-05132    Doc# 1    Filed: 06/22/12    Entered: 06/22/12 17:17:12    Page 12 of 43
Re Estate of Toshie Hellyer

1    4.    twice the value of the property taken, concealed, or disposed of;

2    5.    punitive damages according to proof;

3    6.    interest according to proof;

4    7.    costs of suit herein incurred; and

5    8.    for such other relief as this Court deems appropriate.

6

7    Dated:    September 29, 2009    GILFIX & LA POLL ASSOCIATES LLP

8

9                                    By: _____

10                                   CECELIA C. FUSICH
                                     Attorneys for Petitioner

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Petition for Order Conveying Certain Property and Instructions

Re Estate of Toshie Hellyer

## VERIFICATION

I, JOHN THOMAS "RJ" HELLYER, am the Executor and sole beneficiary of this estate. I have read the foregoing document and know its contents. The contents are true of my own knowledge, except as to the matters which are therein stated upon my information or belief, and as to those matters I believe it to be true.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on September 22, 2009.

JOHN THOMAS "RJ" HELLYER

- 8 -

EXHIBIT 1
Hellyer 850 Petition

*Estate of Toshie Hellyer*

# WILL OF TOSHIE HELLYER

     I, Toshie Hellyer, a resident of Milpitas, California do hereby make and declare this to be my Last Will and Testament and do hereby revoke all other Wills and Codicils to Wills previously made by me.

     <u>FIRST</u>:   I direct my executor, hereinafter named, to pay my just debts and expenses on my last illness, funeral and burial expenses as soon as lawfully and conveniently be done.

     <u>SECOND</u>:   I declar that I am divorced from my previous husband John Lowell Hellyer, that I have one child surviving who's name is John Thomas Hellyer.

     <u>THIRD</u>:   It is my intention hereby to dispose of all real and personal property which I have the right to dispose of by Will, including any and all property as to which I may have the power of appointment by Will.

     <u>FOURTH</u>:   I hereby give, devise and bequeath all of my said estate, whether real or personal and wherever situated to my only son John Thomas Hellyer. In the event my said son should predecease me or in the event we should meet death in a common disaster, I give, devise and bequeath all of my said estate to my niece Reiko and my sons God-Daughter Josilynn Miranda. In this instance, I devise the house located at 1850 Findley Dr. Milpitas, California, to Josilynn. The Pontiac Grand Prix and remaining assets after final expenses go Reiko.

     <u>FIFTH</u>:   I have purposely made no provision herein for any other person, whether claiming to be an heir of mine and as such should assert a claim to my estate of any part thereof, or should any person whether a beneficiary under this Will ore not mentioned herein, contest this Will or object to any of its provisions which I made or which I might of made herein for such person or persons.

     <u>SIXTH</u>:   I hereby nominate and appoint John Thomas Hellyer, my only son as executor of this, my Last Will and Testament.

     IN WITNESS WHEREOF, I have hereunto set my hand at San Leandro, California this 30 day of September, 2003.

Signed by Testator, Toshie Hellyer

     The foregoing instrument, consisting of two pages including this page, was signed on the above date by the Testatrix and she declared to sus that this was her Last Will and Testament and we, at Testatrix's request, and in her presence, and in the presence of each other, have signed such instrument as witnesses:

Signed by Gail Marie Willman
410 N. White Rd., #1006
San Jose, CA 95127
Signed by Laura L. Guerrero (now deceased)
410 N. White Rd #1206
San Jose, CA 95127

Case: 12-05132   Doc# 1   Filed: 06/22/12   Entered: 06/22/12 17:17:12   Page 16 of 43

FILED

2008 AUG -7 PM 12: 27



MICROFILMED

*of*

*TOSHIE HELLYER*

*I Toshie Hellyer, a resident of Milpitas, California do hereby make and declare this to be my last Will and Testament and do hereby revoke all other Wills and Codicils to Wills previously made by me.*

*FIRST: I direct my executer, hereinafter named, to pay my just debts and expenses on my last illness, funeral and burial expenses as soon as lawfully and conveniently be done.*

*SECOND: I declare that I am divorced from my previous husband John Lowell Hellyer; that I have one child surviving who's name is John Thomas Hellyer.*

*THIRD: It is my intention hereby to dispose of all real and personal property which I have the right to dispose of by Will, including any and all property as to which I may have the power of appointment by Will.*

*FOURTH: I hereby give, devise and bequeath all of my said estate, whether real or personal and wherever situated to my only son John Thomas Hellyer, In the event my said son should predecease me or in the event we should meet death in a common disaster, I give, devise and bequeath all of my said estate to my niece Reiko and my sons God-Daughter Joxilynn Miranda. In this instance I devise the house located at 1650 Finding Dr. Milpitas, California; to Joxilynn. The Pontiac Grand Prix and remaining assets after final expenses to Reiko.*

*FIFTH: I have purposely made no provision herein for any other person, whether claiming to be an heir of mine and as such, should assert a claim to my estate or any part thereof, or should any person whether a beneficiary under this Will one not mentioned herein, contest this Will or object to any of its provisions which I made or which I might of made herein for such person or persons.*

Case: 12-05132    Doc# 1    Filed: 06/22/12    Entered: 06/22/12 17:17:12    Page 17 of 43

*SIXTH.* *I hereby nominate and appoint*
*John Thomas Hellyer, my only son as*
*executor of this, my Last Will and*
*Testament.*

*IN WITNESS WHEREOF, I have hereunto*
*set my hand at San Leandro, California this*
_____ *day* _____ *2003.*

_____

*TOSHIE HELLYER*

*The foregoing instrument, consisting of two*
*pages including this page, was signed on the*
*above date by the Testatrix and she declared*
*to sus that this was her Last Will and*
*Testament and we , at Testatrix's request ,*
*and in her presence, and in the presence of*
*each other, have signed such instrument as*
*witnesses.*

Residing at
410 N. White Rd. # 1206 San Jose, CA 95,
_____ Residing at
410 N. White Rd #1206
San Jose, Ca. 95127

Case: 12-05132    Doc# 1    Filed: 06/22/12    Entered: 06/22/12 17:17:12    Page 18 of 43

EXHIBIT 2
Hellyer 850 Petition

*Estate of Toshie Hellyer*

DOCUMENT: 1666779 | Titles:1 / Pages: 1

Fees 9.00
Taxes.
Copies
AMT PAID 9.00



**ZIG ZAG BAIL BONDS**
630 N. FIRST STREET
SAN JOSE, CA 95112
(408) 292-5300

AND WHEN RECORDED MAIL TO
ASSOCIATED BOND AND INSURANCE AGENCY
23901 CALABASAS ROAD, SUITE 2072
CALABASAS, CA 91302-3303

RDE # 010/015
BRENDA DAVIS              12/05/2002
SANTA CLARA COUNTY RECORDER   10 38 AM
Recorded at the request of
Bail Bond

# DEED OF TRUST

**This Deed of Trust**, made this ___27___ day of ___November___ ___2002___

Between ___TOSHIE HELLYER___ herein called TRUSTOR, and

Robert W. Nairin and Jeffrey S. Nairin of Calabasas, herein called TRUSTEE, and ___ZIG ZAG BAIL BONDS___
herein called BENEFICIARY. WITNESSETH: That Trustor hereby GRANTS to TRUSTEE, IN TRUST, WITH POWER OF SALE, all that property in the County
of ___SANTA CLARA___, in the State of ___CALIFORNIA___, described as:

Lot ___198___ Block _____ Tract ___2776___ APN ___088-15-087___
as per map recorded in Book _____ Page _____ of Maps, Official Records

In the office of the County Recorder of ___SANTA CLARA___ County.

Commonly known as ___1850 FINDLEY DR. MILPITAS CA. 95035___

FOR THE PURPOSE OF SECURING payment to the said Beneficiary of the monies due to and of all losses, damages, expenditures and
liability suffered, sustained, made or incurred by the **Allegheny Casualty Company**, hereinafter called the Surety of
Beneficiary (and as more fully set forth and described in a certain Bail Bond Agreement, which agreement is made a part
hereof by reference as though herein fully set forth) on account of, growing out of, or resulting from the execution of a
certain bond on behalf of ___JOHN T HELLYER___

in the matter of ___PEOPLE OF STATE OF CALIFORNIA___ vs ___JOHN T. HELLYER___
AND FOR WHICH AMOUNTS and the matters set forth in the said indemnity agreement, are security. (Power No. ___AW-305911 - $15,000.00___)

IT IS AGREED AND CONDITIONED that a certificate signed by the Beneficiary at any time hereafter setting forth that the said bond has been
declared forfeited or that a loss, damage, expenditures or liability has been sustained by the Surety or Beneficiary on account of the aforesaid Undertaking:
the date or dates and amount or amounts of such loss, damages, expenditures and the party on whose behalf the aforesaid Undertaking was or is about to be executed; and that such loss, damages, expenditures or determined liability
parties on whose behalf the aforesaid Undertaking was or is about to be executed; and that such loss, damages, expenditures or determined liability
has not been paid to the Beneficiary, shall be conclusive and binding on the Trustor, and shall be the warrant of the Trustee to proceed forthwith to
foreclose and sell upon the security herein, and from the proceeds of sale (after deducting expenses including cost and search of evidence of title) pay
to the Beneficiary the amount so certified, including interest at the highest legal rate per month from demand to date of payment and attorneys fees.

IT IS FURTHER AGREED THAT: upon delivery of said Certificate to Trustee. Beneficiary may declare all sums or obligations secured hereby due and
payable by delivery to Trustee of written declaration of default and demand for sale and of written notice of default and of election to cause to be sold
said property, which notice Trustee shall cause to be duly filed for record

IT SHALL BE DEEMED SUFFICIENT if proceedings to foreclose and sell the security herein are executed by any one of the above-named Trustees and
it shall be deemed sufficient if a full reconveyance is executed by any one of the above-named Trustees; and, said one Trustee shall be deemed to be
the attorney-in-fact for the other Trustees for those purposes. The authority thus granted herein shall be deemed to be coupled with an interest and shall
not be affected by the death or incompetency of any of the Trustees to whom such one Trustee shall be acting.

THE UNDERSIGNED TRUSTOR REQUESTS that a copy of any notice of default and of any notice of sale hereunder be mailed to him at his mailing
address opposite his signature hereto. Failure to insert such address shall be deemed a waiver of any request hereunder for a copy of such notices.

SIGNATURE OF TRUSTOR | STREET AND NUMBER | CITY | STATE

_Toshie Hellyer_ ___1850 FINDLEY DR MILPITAS CA 95035___
TOSHIE HELLYER

STATE OF ___CALIFORNIA___
COUNTY OF ___SANTA CLARA___ } ss.

On ___NOV. 27 2002___ before me ___LYNN A SIMON, NOTARY___ (here insert name and title of the officer), personally appeared
___TOSHIE HELLYER___

[SEAL: MARCIA L. TURNER COMM. 1231125 NOTARY PUBLIC - CALIFORNIA SANTA CLARA COUNTY My Comm. Expires AUG. 2, 2003]

personally known to me (or proved to me on the basis of satisfactory evidence) to be the
person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to
me that he/she/they executed the same in his/her/their authorized capacity(ies), and that
by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of
which the person(s) acted, executed the instrument. WITNESS my hand and official seal.

Signature ___Marcia L. Turner___

(Seal)
Form No. TD-1-ACC-(4-98)

**ZIG ZAG BAIL BONDS**
630 N. FIRST STREET
SAN JOSE, CA 95112
(408) 292-5300

Fees. 9 00
Taxes
Copies
AMT PAID 9 00

AND WHEN RECORDED MAIL TO
ASSOCIATED BOND AND INSURANCE AGENCY
23901 CALABASAS ROAD, SUITE 2072
CALABASAS, CA 91302-3303

BRENDA DAVIS                    RDE # 008
SANTA CLARA COUNTY RECORDER     12/27/2002
Recorded at the request of      11:00 AM
Bail Bond

# DEED OF TRUST

**This Deed of Trust,** made this ___17___ day of ___December___ ___2002___

Between ___TOSHIE HELLYER___, herein called TRUSTOR, and

Robert W. Nairin and Jeffrey S. Nairin of Calabasas, California, herein called TRUSTEE, and ___ZIG ZAG BAIL BONDS___,
herein called BENEFICIARY. WITNESSETH: That Trustor hereby GRANTS to TRUSTEE, IN TRUST, WITH POWER OF SALE, all that property in the County
of ___SANTA CLARA___ in the State of ___CALIFORNIA___, described as:

Lot ___198___ Block _____ Tract ___2776___ APN ___088-15-087___

as per map recorded in Book, _____ Page _____ of Maps, Official Records

in the office of the County Recorder of ___SANTA CLARA___ County.

Commonly known as ___1850 Findley dr milpitas Ca 95035___

FOR THE PURPOSE OF SECURING payment to the said Beneficiary, of the monies due to and of all losses, damages, expenditures and
liability suffered, sustained, made or incurred by the **Allegheny Casualty Company**, hereinafter called the Surety or
Beneficiary (and as more fully set forth and described in a certain Bail Bond Agreement, which agreement is made a part
hereof by reference as though herein fully set forth) on account of, growing out of, or resulting from the execution of a
certain bond on behalf of ___JOHN HELLYER___

in the matter of ___People of State of California___ vs ___JOHN HELLYER___
AND FOR WHICH AMOUNTS and the matters set forth in the said indemnity agreement, are security. (Power No ___AW-305212___ )

IT IS AGREED AND CONDITIONED that a certificate signed by the Beneficiary at any time hereafter setting forth that the said bond has been
declared forfeited or that a loss, damage, expenditures or liability has been sustained by the Surety or Beneficiary on account of the aforesaid Undertaking;
the date or dates and amount or amounts of such loss, damages, expenditures and/or liability; that payment has been demanded of the party or
parties on whose behalf the aforesaid Undertaking was or is about to be executed; and that such loss, damages, expenditures or determined liability
has not been paid to the Beneficiary, shall be conclusive and binding on the Trustor, and shall be the warrant of the Trustee to proceed forthwith to
foreclose and sell upon the security herein, and from the proceeds of sale (after deducting expenses including cost and search of evidence of title) pay
to the beneficiary the amount so certified, including interest at the highest legal rate per month from demand to date of payment and attorneys fees.

IT IS FURTHER AGREED THAT: upon delivery of said Certificate to Trustee, Beneficiary may declare all sums or obligations secured hereby due and
payable by delivery to Trustee of written declaration of default and demand for sale and of written notice of default and of election to cause to be sold
said property, which notice Trustee shall cause to be duly filed for record.

IT SHALL BE DEEMED SUFFICIENT if proceedings to foreclose and sell the security herein are executed by any one of the above-named trustees and
it shall be deemed sufficient if a full reconveyance is executed by any one of the above-named Trustees; and, said one Trustee shall be deemed to be
the attorney-in-fact for the other Trustees for those purposes. The authority thus granted herein shall be deemed to be coupled with an interest and shall
not be affected by the death or incompetency of any of the Trustees for whom such one Trustee shall be acting.

THE UNDERSIGNED TRUSTOR REQUESTS that a copy of any notice of default and of any notice of sale hereunder be mailed to him at his mailing
address opposite his signature hereto. Failure to insert such address shall be deemed a waiver of any request hereunder for a copy of such notices.

$ 40,000.00

SIGNATURE OF TRUSTOR          STREET AND NUMBER      CITY         STATE
___Toshie Hellyer___         ___1850 FINDLEY Dr___ ___MILPITAS CA___ ___95035___
TOSHIE HELLYER

STATE OF ___California___
COUNTY OF ___Santa Clara___ } ss.

On ___12-17-02___ before me ___MARCIA L Turner___
___Notary___ (here insert name and title of the officer), personally appeared
___Toshie Hellyer___

**MARCIA L. TURNER**
COMM. 1231125
NOTARY PUBLIC - CALIFORNIA
SANTA CLARA COUNTY
My Comm. Expires AUG. 2, 2003

(Seal)
Form No. TD-1-ACC-(4-98)

personally known to me (or proved to me on the basis of satisfactory evidence) to be the
person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to
me that he/she/they executed the same in his/her/their authorized capacity(ies), and that
by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of
which the person(s) acted, executed the instrument. WITNESS my hand and official seal.

Signature ___Marcia L Turner___



**ZIG ZAG BAIL BONDS**
623 N. FIRST STREET
SAN JOSE, CA 95112
(408) 282-5300

AND WHEN RECORDED MAIL TO
ASSOCIATED BOND AND INSURANCE AGENCY
23901 CALABASAS ROAD, SUITE 2072
CALABASAS, CA 91302-3303

DOCUMENT: 1738 75          Pages: 1

Fees          9 00
Taxes
Copies
AMT PAID      9 00

BRENDA DAVIS                    RDE # 002
SANTA CLARA COUNTY RECORDER     10/01/2003
Recorded at the request of      11:48 AM
Bail Bond

# DEED OF TRUST

This Deed of Trust, made this **19** day of **September 2003**

Between **TOSHIE HELLYER** , herein called TRUSTOR, and

Robert W. Nanin and Jeffrey S. Nanin of Calabasas, California, herein called TRUSTEE, and **Zig Zag Bail Bonds**

herein called BENEFICIARY: WITNESSETH: That Trustor hereby GRANTS to TRUSTEE, IN TRUST, WITH POWER OF SALE, all that property in the County

of **SANTA CLARA** , in the State of **CALIFORNIA** , described as:

Lot **198** Block _____ Tract **2776** APN **088-15-087**

as per map recorded in Book _____ Page _____ of Maps, Official Records

in the office of the County Recorder of **SANTA CLARA** County.

Commonly known as **1850 FINDLEY Dr. Milpitas CA 95035**

FOR THE PURPOSE OF SECURING payment to the said Beneficiary, of the monies due to and of all losses, damages, expenditures and liability suffered, sustained, made or incurred by the **Allegheny Casualty Company**, hereinafter called the Surety or Beneficiary (and as more fully set forth and described in a certain Bail Bond Agreement, which agreement is made a part hereof by reference as though herein fully set forth) on account of, growing out of, or resulting from the execution of a certain bond on behalf of **JOHN Hellyer**

in the matter of **PEOPLE of the State of CA** vs. **JOHN HELLYER**

AND FOR WHICH AMOUNTS and the matters set forth in the said indemnity agreement, are security. (Power No **AA-310980** )

IT IS AGREED AND CONDITIONED that a certificate signed by the Beneficiary at any time hereafter setting forth that the said bond has been declared forfeited or that a loss, damage, expenditures or liability has been sustained by the Surety or Beneficiary on account of the aforesaid Undertaking; the date or dates and amount or amounts of such loss, damage, expenditures and/or liability; that payment has been demanded of the party or parties on whose behalf the aforesaid Undertaking was or is about to be executed; and that such loss, damage, expenditures or determined liability has not been paid to the Beneficiary, shall be conclusive and binding on the Trustor, and shall be the warrant of the Trustee to proceed forthwith to foreclose and sell upon the security herein, and from the proceeds of sale (after deducting expenses including cost and search of evidence of title) pay to the Beneficiary the amount so certified, including interest at the highest legal rate per month from demand to date of payment and costs.

IT IS FURTHER AGREED THAT: upon delivery of said Certificate to Trustee, Beneficiary may declare all sums or obligations secured hereby due and payable by delivery to Trustee of written declaration of default and demand for sale and of written notice of default and of election to cause to be sold said property, which notice Trustee shall cause to be duly filed for record.                    **$40,000.00**

IT SHALL BE DEEMED SUFFICIENT if proceedings to foreclose and sell the security herein are executed by any one of the above-named trustees and it shall be deemed sufficient if a full reconveyance is executed by any one of the above-named trustees; and, said one trustee shall be deemed to be the attorney-in-fact for the other Trustees for those purposes. The authority thus granted herein shall be deemed to be coupled with an interest and shall not be affected by the death or incompetency of any of the Trustees for whom such one Trustee shall be acting.

THE UNDERSIGNED TRUSTOR REQUESTS that a copy of any notice of default and of any notice of sale hereunder be mailed to him at his mailing address opposite his signature hereto. Failure to insert such address shall be deemed a waiver of any request hereunder for a copy of such notices.

SIGNATURE OF TRUSTOR          STREET AND NUMBER **1850 FINDLEY Dr Milpitas** CITY **CA** STATE **95035**

**TOSHIE HELLYER**

STATE OF **California**
COUNTY OF **SANTA CLARA** } ss.

On **9/19/03** before me **LYNN A Simon**

(here insert name and title of the officer), personally appeared

**TOSHIE Hellyer**

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. WITNESS my hand and official seal.

Signature

LYNN A. SIMON
COMM. 1237283
NOTARY PUBLIC - CALIFORNIA
SANTA CLARA COUNTY
My Comm. Expires OCT. 8, 2005

Form No TD-1-ACC-(4-98)

# EXHIBIT 3
Hellyer 850 Petition

*Estate of Toshie Hellyer*

RECORDING REQUESTED BY

AND WHEN RECORDED MAIL TO

RELIABLE TRUST DEED SERVICES
19510 VENTURA BLVD., SUITE 214
TARZANA, CA  91356



CONFORMED COPY
COPY              of Document Recorded
on 8-15-2007    as No.  19551860
Has not been compared with original

---

Space above this line for recorder's use only

Trustee Sale No. 07-23046   Loan No. HELLYER   Title Order No.

## IMPORTANT NOTICE
## NOTICE OF DEFAULT AND ELECTION TO SELL UNDER DEED OF TRUST

**IF YOUR PROPERTY IS IN FORECLOSURE BECAUSE YOU ARE BEHIND IN YOUR PAYMENTS, IT MAY BE SOLD WITHOUT ANY COURT ACTION,** and you may have the legal right to bring your account in good standing by paying all of your past due payments plus permitted costs and expenses within the time permitted by law for reinstatement of your account, which is normally five business days prior to the date set for the sale of your property. No sale date may be set until three months from the date this notice of default may be recorded (which date of recordation appears on this notice).

This amount is $4,219.32 as of 08/14/2007 and will increase until your account becomes current.

While your property is in foreclosure, you still must pay other obligations (such as insurance and taxes) required by your note and deed of trust or mortgage. If you fail to make future payments on the loan, pay taxes on the property, provide insurance on the property, or pay other obligations as required in the note and deed of trust or mortgage, the beneficiary or mortgagee may insist that you do so in order to reinstate your account in good standing. In addition, the beneficiary or mortgagee may require as a condition to reinstatement that you provide reliable written evidence that you paid all senior liens, property taxes, and hazard insurance premiums.

Upon your written request, the beneficiary or mortgagee will give you a written itemization of the entire amount you must pay. You may not have to pay the entire unpaid portion of your account, even though full payment was demanded, but you must pay all amounts in default at the time payment is made. However, you and your beneficiary or mortgagee may mutually agree in writing prior to the time the notice of sale is posted (which may not be earlier than the end of the three-month period stated above) to, among other things, (1) provide additional time in which to cure the default by transfer of the property or otherwise; or (2) establish a schedule of payments in order to cure your default; or both (1) and (2).

Case: 12-05132   Doc# 1   Filed: 06/22/12   Entered: 06/22/12 17:17:12   Page 24 of 43

Following the expiration of the time period referred to in this paragraph of this notice, unless the obligation being foreclosed upon or a separate written agreement between you and your creditor permits a longer period, you have only the legal right to stop the sale of property by paying the entire amount demanded by your creditor.

To find out the amount you must pay, to arrange for payment to stop the foreclosure, or if your property is in foreclosure for any other reason, contact: ZIG ZAG BAIL BONDS C/O RELIABLE TRUST DEED SERVICES, 19510 VENTURA BLVD, SUITE 214, TARZANA, CA. 91356 (818)708-7272

If you have any questions, you should contact a lawyer or the governmental agency which may have insured your loan. Notwithstanding the fact that your property is in foreclosure, you may offer your property for sale, provided the sale is concluded prior to the conclusion of the foreclosure.

REMEMBER, YOU MAY LOSE LEGAL RIGHTS IF YOU DO NOT TAKE PROMPT ACTION. NOTICE IS HEREBY GIVEN THAT: ROBERT W. NAIRIN AND JEFFREY S. NAIRIN is the duly appointed Trustee under a Deed of Trust dated 09/19/2003, executed by TOSHIE HELLYER, as trustor, to secure obligations in favor of ZIG ZAG BAIL BONDS, as Beneficiary Recorded on 10/01/2003 AS INSTRUMENT NUMBER 17388935 of official records in the Office of the Recorder of Santa Clara County, California, as more fully described on said Deed of Trust. Including the note(s) for the sum of $40,000.00 that the beneficial interest under said Deed of Trust and the obligations secured thereby are presently held by the beneficiary; that a breach of, and default in, the obligations for which said Deed of Trust is security has occurred in that the payment has not been made of: THE FAILURE TO PAY ON BAIL BOND PREMIUM  NUMBER AA-370480 WITH AN UNPAID PRINCIPAL BALANCE OF $1,500.00 WHICH BECAME DUE ON 02/19/2007.

That by reason thereof, the present beneficiary under such Deed of Trust, has executed and delivered to said Trustee, a written Declaration and Demand for Sale, and has deposited with said duly appointed Trustee, such Deed of Trust and all documents evidencing the obligations secured thereby, and has declared and does hereby declare all sums secured thereby immediately due and payable and has elected and does hereby elect to cause the trust property to be sold to satisfy the obligations secured thereby.

DATE: 8/15/07

RELIABLE TRUST DEED SERVICES, AS AGENT FOR BENEFICIARY

Lynn Wolcott, President

Case: 12-05132   Doc# 1   Filed: 06/22/12   Entered: 06/22/12 17:17:12   Page 25 of 43

EXHIBIT 4
Hellyer 850 Petition

*Estate of Toshie Hellyer*

RECORDING REQUESTED B

AND WHEN RECORDED MAIL TO

RELIABLE TRUST DEED SERVICES
19510 VENTURA BLVD., SUITE 214
TARZANA, CA 91356

---

Trustee Sale No. 07-23046    Loan No. HELLYER    Title Order No. 6517074-30

Space above this line for recorder's use only

## SUBSTITUTION OF TRUSTEE

WHEREAS, TOSHIE HELLYER, was the original Trustor, ROBERT W. NAIRIN AND JEFFREY S. NAIRIN, was the original Trustee, and ZIG ZAG BAIL BONDS, was the original Beneficiary under that certain Deed of Trust dated 09/19/2003, Recorded on 10/01/2003 AS INSTRUMENT NUMBER 17388935 of official records in the office of the Recorder of Santa Clara County, California, and

WHEREAS, ZIG ZAG BAIL BONDS, the undersigned, is the present Beneficiary under said Deed of Trust, and,

WHEREAS, the undersigned desires to substitute a new Trustee under said Deed of Trust in the place of and stead of said original Trustee thereunder.

Now, THEREFORE, the undersigned Beneficiary hereby substitutes RELIABLE TRUST DEED SERVICES, 19510 VENTURA BLVD., SUITE 214, TARZANA, CA 91356, as Trustee of Said Deed of Trust.

Whenever the context hereof so requires, the masculine gender includes the feminine and/or neuter, and the singular number indicates the plural.

DATE: 12/1/07
ZIG ZAG BAIL BONDS
BY:

---

STATE OF CALIFORNIA

COUNTY OF SANTA CLARA

On 10/1/07 before me, Jennifer R. West, NOTARY, a Notary Public in and for said county, personally appeared LYNN SIMON, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Notary Public in and for said County and State

JENNIFER R. WEST
COMM. NO. 1467418
NOTARY PUBLIC · CALIFORNIA
SANTA CLARA COUNTY
COMM. EXPIRES FEB. 2, 2008

1

## SUBSTITUTION OF TRUSTEE WITH NOTICE OF SALE
## PURSUANT TO CALIFORNIA CIVIL CODE SECTION 2943a.
## "SUB-BY CODE"

The following affidavit is used in accordance with California Civil Code Section 2943a.

### AFFIDAVIT

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES

On the _26_ day of _November_, 2007, I personally mailed by certified mail a copy of the attached Substitution of Trustee to the trustee of record under the Deed of Trust described in said Substitution, and a copy of the attached Substitution has been mailed prior to the recording thereof, in the manner provided in Section 2924(b) of the Civil Code of the State of California to all persons to whom a copy of the Notice of Default would be required to be mailed by the provisions of said Section.

I declare under penalty of perjury that the foregoing I true and correct.

_____
Affiant

State of California
County of Los Angeles

Subscribed and sworn (or affirmed) to before me this _26_ day of _November_, 2007.

_____
Notary Public



JULIE TABERDO
Commission # 1677519
Notary Public - California
Los Angeles County
My Comm. Expires Jun 24, 2010

G:\FORMS\SUBSTITUTION OF TRUSTEE WITH NOTICE OF SALE.doc

EXHIBIT 5
Hellyer 850 Petition

*Estate of Toshie Hellyer*

RECORDING REQUESTED BY

AND WHEN RECORDED MAIL TO

RELIABLE TRUST DEED SERVICES
19510 VENTURA BLVD., SUITE 214
TARZANA, CA 91356

---

Space above this line for recorder's use only

Trustee Sale No. 07-23046   Loan No. HELLYER   Title Order No. 6517074-30
APN 088-15-087   TRA No.

## NOTICE OF TRUSTEE'S SALE

YOU ARE IN DEFAULT UNDER A DEED OF TRUST DATED 09/19/2003. UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE. IF YOU NEED AN EXPLANATION OF THE NATURE OF THE PROCEEDINGS AGAINST YOU, YOU SHOULD CONTACT A LAWYER.

---

On 12/26/2007 at 11:00AM, RELIABLE TRUST DEED SERVICES as the duly appointed Trustee under and pursuant to Deed of Trust Recorded on 10/01/2003 AS INSTRUMENT NUMBER 17388935 of official records in the Office of the Recorder of Santa Clara County, California, executed by: TOSHIE HELLYER, as Trustor, ZIG ZAG BAIL BONDS, as Beneficiary, WILL SELL AT PUBLIC AUCTION TO THE HIGHEST BIDDER FOR CASH (payable at time of sale in lawful money of the United States, by cash, a cashier's check drawn by a state or national bank, a check drawn by a state or federal credit union, or a check drawn by a state or federal savings and loan association, savings association, or savings bank specified in section 5102 of the Financial Code and authorized to do business in this state). At: AT THE NORTH MARKET STREET ENTRANCE TO THE COUNTY COURTHOUSE, 190 NORTH MARKET ST., SAN JOSE, CA, all right, title and interest conveyed to and now held by it under said Deed of Trust in the property situated in said County, California describing the land therein:
AS MORE FULLY DESCRIBED ON SAID DEED OF TRUST

The property heretofore described is being sold "as is". The street address and other common designation, if any, of the real property described above is purported to be: 1850 FINDLEY DRIVE, MILPITAS, CA 95035.

The undersigned Trustee disclaims any liability for any incorrectness of the street address and other common designation, if any, shown herein. Said sale will be made, but without covenant or warranty, expressed or implied, regarding title, possession, or encumbrances, to pay the remaining principal sum of the note(s) secured by said Deed of Trust, with interest thereon, as provided in said note(s), advances, if any, under the terms of the Deed of Trust, estimated fees, charges and expenses of the Trustee and of the trusts created by said Deed of Trust, to-wit: $5,547.84 (Estimated)

Accrued interest and additional advances, if any, will increase this figure prior to sale.

1

Trustee Sale No. 07-23046
Loan No. HELLYER
Title Order No. 6517074-30
APN 088-15-087

The beneficiary under said Deed of Trust heretofore executed and delivered to the undersigned a written Declaration of Default and Demand for Sale, and a written Notice of Default and Election to Sell. The undersigned caused said Notice of Default and Election to Sell to be recorded in the county where the real property is located and more than three months have elapsed since such recordation.

DATE: 11/21/07

RELIABLE TRUST DEED SERVICES, AS TRUSTEE
19510 VENTURA BLVD., SUITE 214
TARZANA, CA 91356
(818) 708-7272
**SALES LINE (818) 961-0040**

Lynn Wolcott, President

2

EXHIBIT 6
Hellyer 850 Petition

*Estate of Toshie Hellyer*

MICHAEL GILFIX
MYRA GERSON GILFIX *
FRANCIS A. LA POLL
BARBARA M. LOEBNER
JANET L. TALLETT
PETRA S. THOMPSON**
CHRISTINE E. AKUTAGAWA
ELLEN S. REINSTEIN

_____

STEPHEN M. VERNON*
CECELIA C. FUSICH*
*OF COUNSEL
**NOT ADMITTED IN CALIFORNIA

# GILFIX & LA POLL
## ASSOCIATES LLP
Legal and Consulting Services

2300 Geng Road, Suite 200
Palo Alto, CA 94303
Telephone: (650) 493-8070
Gil-Fax: (650) 493-4668

SAN JOSE OFFICE
Suite 1113
950 South Bascom Avenue
San Jose, CA 95128
(408) 971-7292

February 9, 2009

*Fax* 626) 963-7163 *and Mail*
Daniel Lars Pearson, Esq.
Law Offices of Daniel L.  Pearson
1905 East Route 66, Suite 102
Glendora, CA 91740-4679

Re:   RJ Hellyer -Reliable Trust Deed Services
      1850 Findley Drive, Milipitas, CA
      Trustee Sale No. 07-23046

Dear Mr. Pearson:

Confirming my telephone messages, we represent RJ Hellyer. We are informed that his property at the above address was sold by your client at foreclosure sale. While he does not agree that the purported trust deed holder, ZigZag Bail Bonds, was entitled to foreclose, Mr. Hellyer is entitled to immediate receipt of all the owner's proceeds, which we understand are held by your client, Reliable Trust Deed Services.

Please instruct your client to remit those proceeds immediately to Mr. Hellyer in care of the undersigned, with an accounting for the sale.

Sincerely,

Stephen M. Vernon

cc:   RJ Hellyer

*Celebrating 25 years: 1983 - 2008!*

```
TRANSMISSION VERIFICATION REPORT
```

```
                              TIME  : 02/09/2009 14:54
                              NAME  : GILFIX & LA POLL
                              FAX   : 6504934668
                              TEL   :
```

```
DATE,TIME            02/09  14:54
FAX NO. /NAME        16269637163
DURATION             00:00:22
PAGE(S)              01
RESULT               OK
MODE                 STANDARD
                     ECM
```

MICHAEL GILFIX
MYRA GERSON GILFIX *
FRANCIS A. LA POLL
BARBARA M. LOEHNER
JANET L. TALLETT
PETRA S. THOMPSON**
CHRISTINE E. AKUTAGAWA
ELLEN S. REINSTEIN

STEPHEN M. VERNON*
CECELIA C. FUSICH*
*OF COUNSEL
**NOT ADMITTED IN CALIFORNIA

# GILFIX & LA POLL
# ASSOCIATES LLP
Legal and Consulting Services

2300 Geng Road, Suite 200
Palo Alto, CA 94303
Telephone: (650) 493-8070
Gil-Fax: (650) 493-4668

SAN JOSE OFFICE
Suite 1113
950 South Bascom Avenue
San Jose, CA 95128
(408) 971-7292

February 9, 2009

*Fax 626) 963-7163 and Mail*
Daniel Lars Pearson, Esq.
Law Offices of Daniel L. Pearson
1905 East Route 66, Suite 102
Glendora, CA 91740-4679

   Re: RJ Hellyer –Reliable Trust Deed Services
     1850 Findley Drive, Milipitas, CA
     Trustee Sale No. 07-23046

Dear Mr. Pearson:

  Confirming my telephone messages, we represent RJ Hellyer. We are informed that his property at the above address was sold by your client at foreclosure sale. While he does not agree that the purported trust deed holder, ZigZag Bail Bonds, was entitled to foreclose, Mr. Hellyer is entitled to immediate receipt of all the owner's proceeds, which we understand are held by your client, Reliable Trust Deed Services.

MICHAEL GILFIX
MYRA GERSON GILFIX *
FRANCIS A. LA POLL
BARBARA M. LOEBNER
JANET L. TALLETT
PETRA S. THOMPSON**
CHRISTINE E. AKUTAGAWA
ELLEN S. REINSTEIN

STEPHEN M. VERNON*
CECELIA C. FUSICH*
*OF COUNSEL
**NOT ADMITTED IN CALIFORNIA

# GILFIX & LA POLL
# ASSOCIATES LLP
Legal and Consulting Services

2300 Geng Road, Suite 200
Palo Alto, CA 94303
Telephone: (650) 493-8070
Gil-Fax: (650) 493-4668

SAN JOSE OFFICE
Suite 1113
950 South Bascom Avenue
San Jose, CA 95128
(408) 971-7292

---

February 17, 2009

Mr. Pearson:
**This is an urgent matter, to which we have had no response. Do you represent Reliable Trust Deed Services in this matter? If so, please remit the funds and the accounting now.**

Stephen M. Vernon

---

February 9, 2009

*Fax* 626) 963-7163 *and Mail*
Daniel Lars Pearson, Esq.
Law Offices of Daniel L. Pearson
1905 East Route 66, Suite 102
Glendora, CA 91740-4679

Re:  RJ Hellyer -Reliable Trust Deed Services
1850 Findley Drive, Milipitas, CA
Trustee Sale No. 07-23046

Dear Mr. Pearson:

   Confirming my telephone messages, we represent RJ Hellyer. We are informed that his property at the above address was sold by your client at foreclosure sale. While he does not agree that the purported trust deed holder, ZigZag Bail Bonds, was entitled to foreclose, Mr. Hellyer is entitled to immediate receipt of all the owner's proceeds, which we understand are held by your client, Reliable Trust Deed Services.

   Please instruct your client to remit those proceeds immediately to Mr. Hellyer in care of the undersigned, with an accounting for the sale.

                    Sincerely,

                    Stephen M. Vernon

cc:   RJ Hellyer

*Celebrating 25 years: 1983 - 2008!*

S:\32\00032362V\Correspondence\Pearson, Esq. 2009 02 17 Demand.wpd

```
TRANSMISSION VERIFICATION REPORT
```

```
                                    TIME  :  02/17/2009 16:02
                                    NAME  :  GILFIX & LA POLL
                                    FAX   :  6504934668
                                    TEL   :
```

```
       DATE,TIME               02/17  16:02
       FAX NO./NAME            15269637163
       DURATION               00:00:24
       PAGE(S)                01
       RESULT                 OK
       MODE                   STANDARD
                              ECM
```

MICHAEL GILFIX
MYRA GERSON GILFIX *
FRANCIS A. LA POLL
BARBARA M. LOEHNER
JANET L. TALLETT
PETRA S. THOMPSON**
CHRISTINE E. AKUTAGAWA
ELLEN S. REINSTEIN

STEPHEN M. VERNON*
CECELIA C. FUSICH*
*OF COUNSEL
**NOT ADMITTED IN CALIFORNIA

# GILFIX & LA POLL
## ASSOCIATES LLP
### Legal and Consulting Services

2300 Geng Road, Suite 200
Palo Alto, CA 94303
Telephone: (650) 493-8070
Gil-Fax: (650) 493-4668

SAN JOSE OFFICE
Suite 1113
950 South Bascom Avenue
San Jose, CA 95128
(408) 971-7292

## February 17, 2009

Mr. Pearson:

**This is an urgent matter, to which we have had no response. Do you represent Reliable Trust Deed Services in this matter? If so, please remit the funds and the accounting now.**

*Stephen M. Vernon*

Stephen M. Vernon

February 9, 2009

*Fax 626) 963-7163 and Mail*
Daniel Lars Pearson, Esq.
Law Offices of Daniel L. Pearson
1905 East Route 66, Suite 102
Glendora, CA 91740-4679

Re:   RJ Hellyer -Reliable Trust Deed Services
      1850 Findley Drive, Milipitas, CA
      Trustee Sale No. 07-23046

Dear Mr. Pearson:

Confirming my telephone messages, we represent R J Hellyer...

# EXHIBIT B

STEPHEN M. VERNON   SBN 084072
CECELIA C. FUSICH   SBN 139781
**GILFIX & LA POLL ASSOCIATES**
2300 Geng Road, Suite 200
Palo Alto, CA 94303
Phone: (650) 493-8070

Attorney(s) for John T. "RJ" Hellyer,
Executor and Petitioner

FILED

2009 DEC 14   A 9: 54

David H. Yamasaki, Chief of the Superior Court
County of Santa Clara, California

By_____ Deputy Clerk

# 14

SUPERIOR COURT OF CALIFORNIA

COUNTY OF SANTA CLARA

PROBATE DEPARTMENT

*In the Matter of*

Estate of Toshie Hellyer,

                 Decedent.

_____

Randolph John T. ("RJ")Hellyer,

                 Executor,

v.

Reliable Trust Deed Services, Zig Zag
Bail Bonds, Caliquest LLC, and DOES 1
through 100,

                 Respondents.

Case Number: 1-09-PR-165186

~~[Proposed]~~ MAS Order on Petition for
Order To Marshall Assets; Determine
and Convey Title in Certain Property;
and for Instructions

(Probate Code § 850(a)(2)(D))

Date:  December 14, 2009
Time:  9:00 a.m.
Dept:  15

**BY FAX**

       Randolph John T. ("R.J.") Hellyer's Petition for Family Allowance came on for hearing

on <u>December 14</u>, 2009 before this Court.  Appearances were made by counsel for Petitioner,

Stephen M. Vernon, and counsel for Respondents, <u>only</u>

Notice of this hearing was given as required by law.  Evidence was introduced and the matter

was argued and submitted for decision.

[Proposed] Order on Pet for Order Conveying Certain Property and Instructions

*Re Estate of Toshie Hellyer*

Case: 12-05132    Doc# 1    Filed: 06/22/12    Entered: 06/22/12 17:17:12    Page 38 of 43

1    Of proof made to the satisfaction of the Court that the Petition be granted,

2    IT IS ORDERED: *as to Reliable Trust Deed Services and Zig Zag Bail Bonds,*

3       1.    that the above-described property belongs to R.J. Hellyer;

4       2.    in the alternative, that the above-described property belongs to Petitioner as

5 personal representative of the estate of Toshie Hellyer;

6       3.    damages according to proof in the amount of $ *399,900.00* ;

7       4.    twice the value of the property taken, concealed, or disposed of;

8       5.    interest according to proof in the amount of $ *30,653.30* ;

9       6.    costs of suit herein incurred; and

10       7.    for such other relief as this Court deems appropriate, *reserving jurisdiction*

11 *over Calliquest LLC.*

   DATED: *12-14-09*

13                          _____

14                         JUDGE OF THE SUPERIOR COURT

15                              Mary Ann Grilli

[Proposed] Order on Pet for Order Conveying Certain Property and Instructions

*Re Estate of Toshie Hellyer*

# EXHIBIT C

1 | Breck E. Milde (State Bar No. 122437)
2 | Thomas E. Rossmeissl (State Bar No. 150384)
TERRA LAW LLP
3 | 177 Park Avenue, Third Floor
San Jose, California 95113
Telephone: (408) 299-1200
4 | Facsimile: (408) 998-4895

5 | Attorneys for Petitioner
John T. ("RJ") Hellyer
6

ENDORSED FILED
NOV -9 2011

David H. Yamasaki, Clerk of the Superior Court
County of Santa Clara, California
By Linda Christiansen

7

8 | SUPERIOR COURT OF THE STATE OF CALIFORNIA

9 | COUNTY OF SANTA CLARA

10 | PROBATE DEPARTMENT

11 | *In the Matter of*

12 | Estate of Toshie Hellyer,

13 | Decedent.

14

15

16

17 | Randolph John T. ("RJ") Hellyer,

18 | Executor,

19 | vs.

20 | Reliable Trust Deed Services, Zig Zag Bail
Bonds, Caliquest LLC, and DOES 1 through
21 | 100,

22 | Respondents.

Case No. 1-09-PR-165186

**AMENDED ORDER ON PETITION TO CLARIFY NAME OF JUDGMENT DEBTOR**

Date: October 13, 2011
Time: 9:00 a.m.
Dept: 15
Judge: Hon. Carol Overton

23

24 | Randolph John T. ("R.J.") Hellyer's verified Petition to Clarify Order and Correct

25 | Respondents' Names came regularly on for hearing before the court on October 13, 2011.

26 | Petitioner appeared through his counsel of record. Reliable Trust Deed Services appeared

27 | through its counsel. No other party appeared. Notice of this hearing was given as required by

28 | law. Evidence was introduced and the matter was argued and submitted for decision.

Having considered the papers submitted in connection with the petition and for good

1168418

1

Case: 12-05132   Doc# 1   Filed: 06/22/12   Entered: 06/22/12 17:17:12   Page 41 of 43

1  cause appearing, it is hereby ordered that the petition is granted. IT IS HEREBY ORDERED

2  that the Court's December 14, 2009 and May 24, 2010 orders previously entered in this action

3  are amended and replaced with the following:

4       1.      The property located at 1850 Findley Drive, Milpitas, Santa Clara County,

5  California belonged to petitioner, or alternatively that it belonged to petitioner in his capacity as

6  the personal representative of the estate of Toshie Hellyer;

7       2.      Double damages are awarded to Petitioner in the total amount of $1,099,900,

8  against Lynn Simon dba Zig Zag Bail Bonds;

9       3.      Interest on said damages is awarded to Petitioner against Lynn Simon dba Zig Zag

10  Bail Bonds in the amount of $30,653.30, as of December 14, 2009;

11       4.      Double damages are awarded to Petitioner in the total amount of $830,398.56

12  against Caliquest LLC;

13       5.      Interest on said damages is awarded to Petitioner in the amount of $30,258.36 as of

14  May 24, 2010, against Caliquest LLC; and

15       6.      This order shall be effective nunc pro tunc as of May 24, 2010.

16       7.      The petition as to Reliable Trust Deed Services, Inc. will be heard on November

17  17, 2011 at 9:00 a.m.

18

19                                                   Carol Overton

20  Dated: November 9, 2011          _____

21                                                   Hon. Carol Overton
                                                     Judge of the Superior Court
22

23

24

25

26

27

28

# AMENDED PROOF OF SERVICE

## COUNTY OF SANTA CLARA, STATE OF CALIFORNIA

I am a citizen of the United States and employed in the county aforesaid; I am over the age of eighteen years, and not a party to the within action; my business address is 177 Park Avenue, Third Floor, San Jose, California 95113. On the date below I served the documents described as:

**NOTICE OF ENTRY OF AMENDED ORDER ON PETITION TO CLARIFY NAME OF JUDGMENT DEBTOR**

on the following person(s) in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Daniel L. Pearson, Esq.
Law Offices of Daniel L. Pearson
1905 E. Route 66, Suite 102
Glendora, CA 91740

Lynn Simon dba Zig Zag Bail Bonds
630 North First Street
San Jose, CA 95112

Caliquest LLC
c/o Asset Solutions, Inc. (Registered Agent for Service)
226 Airport Parkway, Suite 520
San Jose, CA 95110

Jeffrey W. Nunes
Rusconi Foster Thomas
30 Keystone Avenue
Morgan Hill, CA 95037

Shannon B. Jones
Shannon B. Jones Law Group
300 Diablo Road
Danville, CA 94526

[ X ] (BY U.S. MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Jose, California.

[ ] (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

[ ] (BY FACSIMILE) I caused such document(s) to be transmitted by facsimile on this date to each facsimile machine number listed above.

[ ] (BY ELECTRONIC MAIL) I transmitted such documents via e-mail to the parties listed above.

[ ] (BY FEDERAL EXPRESS) I caused such envelope(s) with postage thereon fully prepaid to be placed in the Federal Express office at San Jose, California.

[ X ] (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[ ] (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on November 11, 2011, at San Jose, California.

_Kathy Lowder_
Kathy Lowder