Debtor
Lynn Ann Simon.

 **ORIGINAL**

CASE # NO.
12-52118
Adversary Proceeding
12-05132 CN

FILED
AUG 0 7 2012
CLERK
UNITED STATES BANKRUPTCY COURT
SAN JOSE, CALIFORNIA

Response to Summons

1. On January 19, 2007, John Hellyer was arrested. John Hellyer contacted Zig Zag to post a bailbond in Santa Clara County, CA. John Hellyer was a long time customer since December 2002, John and his mother had a good relationship with Zig Zag Bail Bonds. Because John Hellyer was in and out of jail so frequently that after signing multiple deeds of trust for her house, Toshie Hellyer advised Zig Zag to keep the deeds of trust on her property in the office so that Zig Zag could provide bail for her son when it became necessary without having to reestablish collateral for the bonds. Following Mrs. Hellyers death, John Hellyer also advised Zig Zag to keep the deed of trust on the property to use as security for any future bail bonds.

2. The property was used as collateral for the January 19, 2007. After his release John Hellyer came to the Zig Zag office and completed and signed a bail contract that called for monthly payments on the $15.000.00 bail bond. John did not pay the premium due on the bond, as a result John was sent several collection notices regarding the unpaid balance of $1500.00

3. Unfortunately, after two months, John Hellyer had failed to make a single payment on the bail bonds. Zig Zag sent multiple collection notices to John Hellyer, after waiting 8 months with out payment referred the matter to Reliable trust Deed Services to complete a foreclosure on the deed of trust and obtain payment for the bail bond. The initial foreclosure sale was noticed to occur on December 26, 2007

4. In December 2007, Zig Zag received notice that John Hellyer filed for bankruptcy. The bankruptcy court issued its automatic stay and the foreclosure process was stopped. Although Zig Zag filed a proof of claim in March 2008, it was notified in May 2008 that the bankruptcy court had dismissed John Hellyers' case.

5. Despite claims to the contrary and representation made to this court in the Estate's Petition to Marshall Assets, John Hellyer had actual notice of the foreclosure on the deed of trust. Once the bankruptcy case was dismissed and the foreclosure process resumed, John Hellyer

began making threatening phone calls to the Zig Zag office. In particular, Zig Zag's sub- contractor, Jennifer West, was repeatedly harassed and threatened with bodily harm and verbal abuse. The calls both proceeded and followed the foreclosure process. The threats became such a concern that Zig Zag contacted the police and filed complaints with both ATT and the police department. When advised the harassing calls were documents and a police report was made, Mr. Hellyer's probation officer was contacted about the harassment. A complaint for a restraining order was made. At this time the calls became more threatening and one of the calls was left on a voicemail. Once his probation officer heard the call he called John into the office and John Hellyer was arrested on a violation.

6.  During the years 2009 and 2010, Lynn Simon spent every Tuesday and Wednesday taking care of her grandchildren in Discovery Bay, California. In fact, attached to Ms. Simon affidavit is definitive proof that on October 14, 2009, she was not even in the vicinity of San Jose California. First, Ms. Simon's cell phone calls, including calls to her office, the very place she was supposedly serves by the process server. Ms Simon had spent the morning in the Discovery Bay area, making business calls while waiting to pick up her grandsons from school. Specifically, at 10:45a.m., a mere 25 minutes before she was allegedly served at her office, this phone bill shows that Ms. Simon called (408)282-5300, the office number for Zig Zag Bail Bonds. On Wednesday October 14, 2009, Ms. Simon's grandsons, who attended Union School District had early release that day requiring Simon to pick them up at 12:30p[.m. Ms Simon picked her grandson's up from school that day, and attended lunch with them at Chili's restaurant in Antioch before taking them to the Harvest Park Bowl in Brentwood, California. Then Ms. Simon then took her grandson's to a movie at Rave Motion Pictures also in Brentwood. As proof of her whereabouts on October 14, 2009 Ms. Simon has produced the following:

 

 

A.  Credit Card Statement showing purchase made by Ms. Simon on October 14, 2009, at Chili's in Antioch, and Harvest Park and Rave Motion Pictures in Brentwood.

B. A receipt signed by Ms. Simon showing that she was at Harvest Park bowl at 1:04pm. on October 14, 2009

C. A letter from the Superintendent of Byron Union School District documenting the "early release" of schools in that district every Wednesday in 2009-2010

D. A copy of the bell schedules for Timber Point School and Excelsior School.

7. On December 14, 2009, the Court heard the Estates Petition to Marshall Assets. According to the Court's order and the transcript of that proceeding, none of the parties allegedly served with the Petition appeared to defend themselves. The $800.000.00 judgment against three different parties, Zig Zag, Reliable trust Services, and Caliquest (the buyers at the foreclosure sale) and none of them appeared. Since the entry of the Court's December 14, 2009, order Ms. Simon has been led to believe that the Estate was pursing a judgment against Reliable Trust Deed Services and that Zig Zag Bail Bonds had nothing to do with this case.

While notice for a judgment debtor's exam came to Zig Zag in January 2011, Jennifer West an independent contractor attended the Court hearing on that day, although she sat through the examination with Mr. Vernon, in May 2011, he sent a letter to Zig Zag claiming to enclose a copy of a judgment against Reliable Trust Deed Services. As the letter specifically claimed that the judgment was against Reliable Trust Deed only, Ms. Simon naturally assumed that the matter did not concern Zig Zag. It was not until October 2011, that Zig Zag received a notice of a hearing regarding a Petition to clarify orders and correct names. Again Jennifer West attended this hearing for Zig Zag. Upon learning that the hearing was to add Lynn Simon's name to the judgment, she attempted to make an appearance at the time of the hearing but was told that she could not appear in this matter because she was not an attorney representing Zig Zag or Lynn Simon. Following that hearing Ms. Simon, for the first time learned that the Estate had a judgment against Zig Zag and was trying to add her personally to the judgment. Because Ms. Simon had never been served with the petition for order to Marshall Asset's laws filed in court in September 2009, and decided on December 14, 2009, Ms Simon has never had the opportunity to defend herself or Zig Zag case.

The proof of service filed with the court on October 22, 2009, is fraudulent. The proof of service claims that Lynn Simon was authorized to accept service for Zig Zag Bail Bonds, and she was personally served with the Estate's Petition to Marshall Assets at 11:10am on Wednesday October 14, 2009 Lynn Simon was not in San Jose, California. It was impossible for her to have been served as alleged in the proof of service. Ms Simon's cell phone records establish that between 7:11am and 1:29pm. She was engaged in phone conversation on her mobile phone. Ms. Simon's practice when she was at her office, where she allegedly was served at 11:10a.m., was to make call from the business land line. Moreover at 10:45a.m., on October 14, 2009, Ms. Simon cell phone records show that a mere 25 minutes before she was allegedly served Ms. Simon was on a phone call with her own office. The very place she was supposed to be when she was allegedly served, she was talking on her cell phone.

But, most important, is the fact that Ms. Simon credit card bills show that she purchased gas, a meal at Chili's and services at the Harvest Park Brown and Rave Motion Pictures in Livermore, Antioch and Brentwood California, on October 14, 2009. One receipt that she obtained from Harvest Park Bowl has a time stamp of 1:04p.m.of Ms. Simon's signature has a time stamp of 1:04p.m. These records clearly establish and independently corroborate Ms. Simon's affidavit testimony that she was not in San Jose on October 14, 2009 and was never present when she was allegedly served according to the proof of service. She would have provided the court with evidence that Mr. Hellyer, despite the allegations in the petition, actually had notice of the foreclosure proceedings as shown by his threatening phone calls to Zig Zag Bail Bonds both before and after the foreclosure sale. Ms. Simon would have shown this court that Mr. Hellyer, a whole year before opening the probate on his mother's estate, filed for bankruptcy in effort to stop the foreclosure that the estate represented to the court he knew nothing about. And finally, Ms. Simon would have defended any assertion, as required by 859, that she or Zig Zag Bonds acted in bad faith when they sought to enforce the deed of trust that they held on Ms Hellyer's property.

# List of Exhibits

Exhibit A       John Hellyer's Bail application /contract/receipt/ Record of John
                Hellyer's Bail Bonds

Exhibit B       Collections notices sent to John Hellyer

Exhibit C       Request to Reliable Trust Deed  to Prepare Notice of Default

Exhibit D       John Hellyer's notice of filing Bankruptcy

Exhibit E       Notice of Dismissal of case (Mr. Hellyer's Bankruptcy)

Exhibit F       Restraining order complaint / Letters from AT&T Annoyance Call
                Bureau

Exhibit G       Proof of Service Lynn Simon was personally served.

Exhibit H       Lynn Simon and Leslie Medina's affidavit / Document of Lynn
                Simon's whereabouts on October 14, 2009

Exhibit I       Funds received from Reliable trust deeds

Exhibit J       Notice from John Hellyer's attorney stating judgment against
                Reliable Trust Deeds

# EXHIBIT A

# FIRST INDEMNITOR'S FINANCIAL STATEMENT

*Every Question Must Be Answered*

Name _Randolf Ethn T Hellyer_

Street _1830 Findley Dr._

City _My Lpitas CA_ Phone _401-7957_

Business or Occupation of Indemnitor _Bay Area Jewelry_

Name of Employer _____

Street _333 Phelan Ave_

City _San Jose Ca 95113_ Phone _401-7956_

Salary or Earnings _____

Driver's License No. _C6441280_ D.O.B. _3/10/65_

Social Security No. _555737434_

Stocks or Bonds _____

Make and Type of Indemnitor's Auto _GMC HD2500_

License No. _7K73C98_ Motor No. _____

In Whose Name Registered? _Randolf J Hellyer_

Legal Owner or Value $ _35-40K_ Bal. Owing $ _____

Name of Indemnitor's Bank _____

Address _____

Savings or Commercial _____

How Are Checks Signed? _____

Average Balance $ _____

Indemnitor's Real Property Consists of _Home_

Address _____

APN# _____

Legal Description:
Lot _____ Block _____ Tract _____

as per map recorded Bk _____ Page _____ Maps _____

Value $ _____ Encumbrances $ _____

Is Property Homesteaded? _____

In Whose Name is Prop.? _____

Indemnitor's Real Property Consists of _____

Address _____

APN# _____

Legal Description:
Lot _____ Block _____ Tract _____

as per map recorded Bk _____ Page _____ Maps or Apn# _____

Value $ _____ Encumbrances $ _____

Is Property Homesteaded? _____

In Whose Name is Prop.? _____

# SECOND INDEMNITOR'S FINANCIAL STATEMENT

*Every Question Must Be Answered*

Name _____

Street _____

City _____ Phone _____

Business or Occupation of Indemnitor _____

Name of Employer _____

Street _____

City _____ Phone _____

Salary or Earnings _____

Driver's License No. _____ D.O.B. _____

Social Security No. _____

Stocks or Bonds _____

Make and Type of Indemnitor's Auto _____

License No. _____ Motor No. _____

In Whose Name Registered? _____

Legal Owner or Value $ _____ Bal. Owing $ _____

Name of Indemnitor's Bank _____

Address _____

Savings or Commercial _____

How Are Checks Signed? _____

Average Balance $ _____

Indemnitor's Real Property Consists of _____

Address _____

APN# _____

Legal Description:
Lot _____ Block _____ Tract _____

as per map recorded Bk _____ Page _____ Maps _____

Value $ _____ Encumbrances $ _____

Is Property Homesteaded? _____

In Whose Name is Prop.? _____

Indemnitor's Real Property Consists of _____

Address _____

APN# _____

Legal Description:
Lot _____ Block _____ Tract _____

as per map recorded Bk _____ Page _____ Maps _____

Value $ _____ Encumbrances $ _____

Is Property Homesteaded? _____

In Whose Name is Prop.? _____

_____ and _____

The indemnitors whose names are subscribed to the bond of indemnity executed herewith, each being duly sworn, deposes and says for himself or herself alone and not for the other: I have read the within bail bond agreement and I know the contents thereof; all the statements and representations contained in said financial statement are true of my own knowledge and I do further verify state that I am the true and lawful owner of the property, whether real or personal, which is set forth above as being my property and that I own such property free and clear of all liens or encumbrances except as above noted, and I further promise not to transfer or encumber any of said property until my liability on said bond of indemnity has been released, I understand that the Surety herein is permitting said bail bond to remain in force upon reliance of the above statements made by me. I do hereby agree that the recording of this agreement shall constitute a lien on the above property until all monies due hereunder have been paid and all liability to the said Surety completely exonerated.

Subscribed and sworn to this _30_ day of _JAN_ _2007_

Notary Public in _____

State of _____

County of _____

2.

INDEMNITORS.

Form #4477-4/98

# RECEIPT AND STATEMENT OF CHARGES

RECEIVED OF

_John Hellyer_    No. 280903

NAME

_1800 Finley Dr_    Date _1-20-07_

ADDRESS

_95035_    $ _1500.00_

Bail bond premium

EXPENSES (itemize in detail, such as guard fees, notary, recording, long distance calls, telegrams, travel or other actual, unusual expenses):

_____ $ _____

_____ $ _____

Total Charges    $ _1500.00_

Received on Account    $ _0_

Balance    $ _1500.00_

Was collateral taken? - (Yes)   (No)   _BAIL IN 30 DAYS_
If Yes, No. of Collateral Receipt ____ _OR PAYMENTS OF_

Name and address of bail bond agency.

**Zig Zag Bail Bonds**
**623 N. FIRST STREET**
**SAN JOSE, CA 95112**
**(408) 292-5300**

By _____

## MEMORANDUM OF BAIL BOND FURNISHED

Defendant _John Hellyer_

Charge _VC 14601 (A)_   Case No. _CC0D328_

Amount of Bond $ _13,000.00_   Power No. _____

Date Filed _____ Date Released _____

| Date to Appear _____ | Time _____ |
| Court _____ | City _____ |

Received Copy of the Above: _____

WHITE - DEPOSITOR'S COPY   YELLOW - COMPANY COPY   PINK - AGENT'S COPY
Form #201-4/96

CO-SIGNER(S) ARE LIABLE FOR EVERY COST THAT MAY OCCUR.

1. ANY PREMIUM THAT IS NOT PAID.

2. BONDS THAT ARE ACTIVE OVER ONE YEAR HAVE AN ANNUAL 10% PREMIUM DUE AGAIN IN FULL. THE BAIL BONDS OFFICE WILL SEND OUT A REMINDER LETTER APPROXIMATE ONE MONTH PRIOR TO INFORM THE DEFENDANT AND CO-SIGNER(S) OF THE RENEWAL FEE.

3. THE BAIL BOND(S) 10% PREMIUM ARE NOT REFUNDABLE. ONCE THE BOND(S) ARE POSTED, THE BOND(S) REMAIN UNTIL THE COURT EXONERATES THE BOND(S), WHICH MEANS, BOND CASE DISMISSED.DEFENDANT HAS BEEN SENTENCED.

4. IN THE EVENT THE DEFENDANT FAILS TO APPEAR AT ANY TIME DURING THE CASE, FORFEITS BAIL, THE CO-SIGNER(S) ARE LIABLE FOR ANY EXPENSES INCURRED. THE EXPENSES MUST BE PAID IN FULL AND CASE MUST BE COMPLETED BEFORE CO-SIGNER'S LIABILITY IS RELINQUISHED (NO LONGER RESPONSIBLE)

   FEES THAT MIGHT OCCUR:
      A. IF YOU FTA (FAIL TO APPEAR) THERE IS A COST OF $400.00
         (COVERS MOTIONS & COURT COST & LETTERS OF REASSUMPTIONS)
      B. SKIP TRACING FEES 20% OF BAIL BONDS, IF LOCAL.
      C. ATTORNEY FEES, IF LEGAL ACTION IS TAKEN.

CO-SIGNER(S) BE AWARE THAT:

THE CO-SIGNER(S) ARE RESPONSIBLE TO REMIND THE DEFENDANT THAT IT IS MANDATORY FOR THE DEFENDANT TO APPEAR PERSONALLY IN THE BAIL BOND OFFICE THE FOLLOWING DAY AFTER HE/SHE HAS BEEN BAILED. IF THE BOND WAS POSTED OVER THE WEEKEND. THE DEFENDANT MUST COME IN MONDAY. PLEASE CALL THE OFFICE TO MAKE AN APPOINTMENT.

THE DEFENDANT AND CO-SIGNER(S) ARE RESPONSIBLE TO LET THE BAIL BOND OFFICE KNOW OF ANY CHANGES IN ADDRESSES AND/OR PHONE NUMBERS. ALSO, TO INFORM THE BAIL OFFICE WHEN THE BAIL BOND(S) ARE OVER,  MEANING: CASE DISMISSED, EXONERATED, OR DEFENDANT SENTENCED.

IF YOU, THE CO-SIGNER(S), DO NOT AGREE TO ANY OF THESE TERMS, PLEASE DO NOT INDEMNIFY THIS AGREEMENT (CO-SIGN).  IF YOU ARE WILLING TO SIGN,  THEN PLEASE BE AWARE OF THE RESPONSIBILITIES ABOVE AND THIS STATEMENT IS AMENDED TO INDEMNITOR AGREEMENT.

I/WE, THE CO-SIGNER(S) DEFENDANT ALSO AGREE THAT ZIG ZAG BAIL BONDS CAN OBTAIN THE SERVICES OF "GLEN HUBBARD INC." AT ANYTIME WHILE THE BAIL BOND IS ACTIVE,  MAY INQUIRE AND/OR OBTAIN A CREDIT REPORT FOR THE PURPOSE OF THIS BOND AGREEMENT.

I/WE, THE CO-SIGNER(S)/DEFENDANT, HAVE READ THE SAID AGREEMENT AND FULLY UNDERSTAND THE LIABILITIES IN POSTING THE BOND(S). I/WE HAVE RECEIVED A COPY OF THE BAIL INDEMNITY AGREEMENT.

SIGNED _____ DRIVER'S LIC. # _____

SIGNED _____ DRIVER'S LIC. # _____

SIGNED _____ DRIVER'S LIC. # _____

DEFENDANT SIGNED _____ DRIVER'S LIC. # _____

List of All Bonds/Powers where the Defendant's name contains -- **HELLYER**
**Sorted by Last Name**
(Data filtered by your All-Agency and Internal-Agency access permissions)

| ↑ Bond ↓ | Case # | ↑ Written ↓ | ↑ Defendant ↓ | ↑ Court ↓ | ↑ Amount ↓ | ↑ Bal. Due ↓ | Serious | ↑ Active ↓ | Forf |
|---|---|---|---|---|---|---|---|---|---|
| AA-10480 | CC270822 | 9/19/2003 | JOHN HELLYER | 100 | 40000 | 0 | No | No | No |
| AT-06908 | H2567530 | 12/18/2002 | JOHN HELLYER | 100 | 406 | 0 | No | No | No |
| AT-06913 | CC268502 | 12/18/2002 | JOHN HELLYER | 100 | 15000 | 0 | No | No | No |
| AT-11196 | CC321271 | 8/18/2003 | JOHN HELLYER | 100 | 5000 | 0 | No | No | No |
| AT-11935 | CC334849 | 10/25/2003 | JOHN HELLYER | 100 | 8000 | 10 | No | No | No |
| AT-12926 | CC334849 | 1/2/2004 | JOHN HELLYER | 100 | 8000 | 0 | No | No | No |
| AT-14308 | CC337689 | 2/15/2004 | JOHN HELLYER | 100 | 5000 | 0 | No | No | No |
| AT-14325 | CC334849 | 2/27/2004 | JOHN HELLYER | 100 | 20000 | 0 | No | No | No |
| AT-16358 | CC337689 | 4/21/2004 | JOHN HELLYER | 100 | 15000 | 0 | No | No | No |
| AW-05211 | CC268502 | 11/27/2002 | JOHN HELLYER | 100 | 15000 | 0 | No | No | No |
| AW-05212 | CC270822 | 12/18/2002 | JOHN HELLYER | 100 | 40000 | 0 | No | No | No |
| MS-55856 | 990930005 | 9/30/1999 | JOHN HELLYER | 100 | 10000 | 0 | No | No | No |
| AS15K-4669 | CC650328 | 1/19/2007 | JOHN THOMAS HELLYER | SanJoseSuperior | 15000 | 0 | No | No | No |

**End of Results  -  13 records.**

https://www.barsnetwork.com/BAtAGlanceDef.asp?qstr_search_type=Defendant

# EXHIBIT B

ZIG ZAG BAIL BONDS
623 N FIRST STREET
SAN JOSE CA 95112
408-292-5300



DATE _6/23/07_

# *ATTEMPT TO COLLECT A DEBT*

TOTAL ACCOUNT BALANCE _$1500.00_

DEFENDANT NAME _John Hellips_

DEAR _John_

RECORDS INDICATE THAT THERE IS AN OUTSTANDING BALANCE DUE OF
_1500.00_. PLEASE SEND PAYMENT TO ZIG ZAG BAIL BONDS.

MINIMUM PAYMENT NEEDED _1500.00_

## IF PAYMENT IS RECEIVED WITH IN 5 DAYS YOU MAY AVOID:

REMANDED BACK IN TO CUSTODY_____ON_____
(if you fail to appear you will be picked up causing additional bounty hunter fees)

FORECLOSURE__X__

SMALL CLAIMS_____

JENNIFER
ZIG ZAG BAIL BONDS



**ZIG ZAG BAIL BONDS**
**623 N FIRST STREET**
**SAN JOSE CA 95112**
**408-292-5300**

DATE 4/24/07

# RE: PAST DUE PAYMENT

DEFENDANT NAME _John Hellyer_

PAYMENT AMOUNT DUE _$200.00_

DEAR CO-SIGNER YOUR PAYMENT FOR THE ABOVE NAMED DEFENDANT IS
PAST DUE. PLEASE MAKE THIS PAYMENT OR CONTACT ME WITH IN **3 DAYS**
OF THIS NOTICE. IF YOU DO NOT, YOU WILL BE SUBJECT TO ADDED
INTEREST AND LATE FEES.

SINCERELY,

JENNIFER

_Need to send something!_

*ZIG ZAG BAIL BONDS*
*623 N FIRST ST*
*SAN JOSE CA 95112*
*408-292-5300*



# *PAYMENT REMINDER*

DATE ___3/9/07___

Re: John Hellyer

CURRENT TOTAL BALANCE DUE ___$1500. 00___

THIS IS A PAYMENT REMINDER YOUR PAYMENT TO ZIG ZAG BAIL BONDS IN THE AMOUNT OF ___300. 00___ IS DUE _____ / OR PAST DUE. PLEASE FORWARD YOUR PAYMENT WITH IN 3 DAYS TO AVOID LATE FEES AND INTEREST

**Your payment can be phoned in with a credit card/credit debit card.**

Thank you

JENNIFER
ZIG ZAG BAIL BONDS

*Come on John throw me a bone, Something !*

# EXHIBIT C



**RELIABLE T. D. SERVICES, Inc.**

19510 Ventura Blvd. Suite 214
Tarzana, Ca. 913 56

Phone: (818) 708-7272     Fax: (818) 961-0041
Toll Free Phone: (866) 727- 272

1.  Request to Prepare Notice of Default (signed)
2.  Copy of Note and Deed of Trust.
3.  Additional information on separate sheet if needed.
    Please call if you need assistance.

Borrowers Last Name: _____

Your Reference Number _____

Borrower's Social Sec # _____-_____-_____

Loan Type: _____ Deed of Trust Position _____

# REQUEST TO PREPARE NOTICE OF DEFAULT

The default exists because the installmen of principal and interest which became due on __2/19/07__ in the amount of $ __$1500.00__ has not been made. The current principal balance is $ __$1500.00__ with interest at the rate of __4__ % acc rding from __2/19/07__. The total late charges now owing are $ __1920.00__ and will increase each month by $ __60.0__. This loan matures _____.

The following advances have been made to protect the security of this Deed of Trust: (Please attach additional data as needed.)

$ _____0_____ Pa id to/for _____ on _____

Any other breach(s) or cause(s) for default? (Please attach additional data as needed.)

Property Address: __1850 Findley Dr Milpitas CA 95035__

Please furnish all known addresses for the Trustor(s): (Please attach additional data as needed.)

## DECLARATION OF DEFAULT AND DEMAND FOR SALE

NOTICE IS HEREBY GIVEN TO REI IABLE T. D. SERVICES: That as the duly appointed agent for the beneficiary and/or substituted Trustee, you are noti ied of a breach of and default in the obligations secured by that certain Deed of Trust or other security instrument.

By reason of this default the undersig ed, who hold(s) the beneficial interest, make(s) this Declaration of Default and elect(s) to cause the trust property to be old to satisfy the obligations secured by this Deed of Trust.

The undersigned hereby promises and a grees to pay your Trustee's fee in the amount permitted by law, together with all costs and expenses incidental to these pr oceedings prior to publication of the Notice of Trustee's Sale ("NOS"). It is agreed and understood that you, the trustee, may elect not to proceed with the NOS until all fees and costs have been paid or for any other reason the trustee in its own discretion deems justifiable, including but not limited to, threatened or actual litigation. The undersigned further authorizes Trustee to record a Notice of Rescission when trustee deems appropriate. I/We further agree to indemnify and ho d you (the trustee, its agents and employees) harmless from all claims or damages of any kind; except for those arising from the trustee's own negligence or omissions, including court costs and attorney's fees, that may arise or be sustained by the trustee as a result of this foreclosure proceeding and/or the sale of the trust property. If there is more than one Beneficiary, the obligations set forth in this agreement are joint and several. This agreement may be executed in counterparts.

Date: __8/4/07__                 Signed: _____
                                        Beneficiary or Servicing Agent (Authorized signer)

Name of Actual Beneficiary: __Zig Zag Bail Bonds__

Your Name / Person to Contact: __Jennifer__     Email: _____

Company Name: __Zig Zag Bail Bonds__

Address: __630 N. First__                 Phone (__408__) __292-6300__

City: __San Jose__     State: __CA__     Zip: __95112__     Fax (__408__) __998-0325__

How did you hear about Reliable (please check one)   ( ) internet   ( ) postcard   ( ) trade show   ( ) other

FAXED 8/4 07

# EXHIBIT D

# UNITED STATES BANKRUPTCY COURT
## Northern District of California (San Jose)

## Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines

The debtor(s) listed below filed a chapter 13 bankruptcy case on 12/24/07.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

## See Reverse Side For Important Explanations

| | |
|---|---|
| Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):<br>Randolf Johnthomas Hellyer<br>aka John Hellyer, aka RJ Hellyer<br>1850 Findley Drive<br>Milpitas, CA 95035 | |
| Case Number:<br>07–54353 | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>552–73–7434 |
| Attorney for Debtor(s) (name and address):<br>Brette L. Evans<br>Evans Law Offices<br>255 N. Market St. #110<br>San Jose, CA 95110<br>Telephone number: (408) 298–8910 | Bankruptcy Trustee (name and address):<br>Devin Derham–Burk<br>P.O. Box 50013<br>San Jose, CA 95150–0013<br>Telephone number: (408) 354–8151 |

## Meeting of Creditors

Date: **January 28, 2008**         Time: **09:30 AM**

Location: **U.S. Federal Bldg., 280 S 1st St. #130, San Jose, CA 95113**

**Important Notice to Individual Debtors:** The United States Trustee requires all debtors who are individuals to provide government–issued photo identification and proof of social security number to the trustee at the meeting of creditors.

## Deadlines:

Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

### Deadline to File a Proof of Claim:

For all creditors (except a governmental unit): **4/28/08**        For a governmental unit (except as otherwise
provided in Fed. R. Bankr. P. 3002 (c)(1)): **6/23/08**

### Creditor with a Foreign Address:

A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

### Deadline to File a Complaint to Determine Dischargeability of Certain Debts: 3/28/08

The case is subject to dismissal, without further notice, upon failure of the debtor to commence making payments **called for in the plan**, not later than 30 days after the date of the filing of the plan or the order for relief, whichever is earlier. At the confirmation hearing the court may dismiss or convert the case or continue the hearing without prior notice upon a determination the debtor(s) is unable to present a feasible plan. Written objections to confirmation must be filed with the court at or before the Meeting of Creditors and served upon the trustee, Debtor(s), and Debtors' Attorney.

### Deadline to Object to Exemptions:

Thirty (30) days after the *conclusion* of the meeting of creditors.

### Filing of Plan, Hearing on Confirmation of Plan

The debtor has not filed a plan. The debtor's attorney will serve the plan or a summary of the plan separately. The hearing on confirmation will be held:

Date: **2/7/08**                              Time: **11:00 AM**

Location: **U.S. Courthouse and Federal Bldg., 280 S 1st Street, Courtroom 3099 3rd Fl., San Jose, CA 95113**

## Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| | |
|---|---|
| Address of the Bankruptcy Clerk's Office:<br>280 South First Street<br>Room 3035<br>San Jose, CA 95113<br>Telephone number: 408–535–5118 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Gloria L. Franklin |

2265

| UNITED STATES BANKRUPTCY COURT Northern District of California | PROOF OF CLAIM |
|---|---|

| Name of Debtor: Randolf Johnthomas Hellyer | Case Number: 07-54353 |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| | |
|---|---|
| Name of Creditor (the person or other entity to whom the debtor owes money or property):<br>Zig Zag Bail Bonds | ☐ Check this box to indicate that this claim amends a previously filed claim. |
| Name and address where notices should be sent:<br>Zig Zag Bail Bonds<br>aka: Jennifer West<br>623 N. First St.<br>San Jose, CA 95112-5110 | **Court Claim Number:**<br>*(If known)*<br><br>Filed on:_____ |
| Telephone number: **(408) 292-5300** | |
| Name and address where payment should be sent (if different from above):<br>*Zig Zag Bail Bonds.*<br>*623 N. First ST*<br>*San Jose CA 95112-5110*<br>Telephone number: *(408) 292-5300* | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☒ Check this box if you are the debtor or trustee in this case. |

| | |
|---|---|
| **1. Amount of Claim as of Date Case Filed:** $ *6045.00* | **5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.** |
| If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.<br><br>If all or part of your claim is entitled to priority, complete item 5. | Specify the priority of the claim. |
| ☒ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges. | ☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B). |
| **2. Basis for Claim:** *SERVICES PERFORMED, BAIL BOND.*<br>(See instruction #2 on reverse side.) | ☒ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507 (a)(4). |
| **3. Last four digits of any number by which creditor identifies debtor:** *4669* | |
| **3a. Debtor may have scheduled account as:** *N/A*<br>(See instruction #3a on reverse side.) | ☐ Contributions to an employee benefit plan - 11 U.S.C. §507 (a)(5). |
| **4. Secured Claim (See instruction #4 on reverse side.**<br>Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.<br><br>**Nature of property or right of setoff:** ☒ Real Estate ☐ Motor Vehicle ☐ Other<br>Describe:<br><br>Value of Property: $_____ **Annual Interest Rate____%**<br><br>Amount of arrearage and other charges as of time case filed included in secured claim, *SEE ATTACHED.*<br>if any: $_____ **Basis for perfection:** _____<br><br>**Amount of Secured Claim:** $_____ **Amount Unsecured:** $_____ | ☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).<br><br>☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).<br><br>☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(__). |
| **6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. | **Amount entitled to priority:**<br><br>$_____ |
| **7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See definition of "redacted" on reverse side.*)<br><br>DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.<br><br>If the documents are not available, please explain: | *Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.* |

| | | |
|---|---|---|
| Date: *3/24/08* | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>*Jennifer West    Owner* | FOR COURT USE ONLY |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# EXHIBIT E

Form DOC

## UNITED STATES BANKRUPTCY COURT
### Northern District of California

| | |
|---|---|
| In Re: Randolf Johnthomas Hellyer | Case No.: 07–54353 RLE 13 |
|    aka  John Hellyer | Chapter: 13 |
|    aka  RJ Hellyer | |
|    dba  Bay Area Tsunami's Towing & | |
|        Transport | |
|         Debtor(s) | |

## NOTICE OF DISMISSAL OF CASE

### **EFFECTIVE TEN (10) DAYS AFTER THE ENTRY OF THIS ORDER**

**Notice is given** that an order was filed on 05/21/2008 dismissing the above–captioned case.

Dated: <u>5/22/08</u>

For the Court:

Gloria L. Franklin
Clerk of Court
United States Bankruptcy Court

Doc # 35

# EXHIBIT F

 **at&t**

AT&T Annoyance Call Bureau
2600 Camino Ramon
San Ramon, California 94583-5000

09/02/08

LYNN SIMON
DBA ZIG ZAG BAIL BONDS
623 N 1ST ST
SAN JOSE, CA 95112

RE: 408-292-5300-084

Dear LYNN SIMON

This letter is in reference to your contact made to the AT&T Annoyance Call Bureau.

It is important to note that the AT&T Annoyance Call Bureau can only release trapped/traced call information to a law enforcement agency due to privacy laws.

Electronically generated calls such as beep tones, computer, or silent calls are usually unintentional in nature and often cease once the originator realizes an incorrect number is being dialed. AT&T does not investigate these types of calls.

Further, AT&T does not investigate collection or telemarketing calls. These calls are not illegal. If you are receiving unwanted telemarketing calls, you can register with the National Do Not Call Registry via the internet www.donotcall.gov or by phone at 1-888-382-1222.

If you are receiving harassing, threatening or obscene calls and AT&T is successful in identifying the originating caller, your options include sending:

- a deterrent letter sent by the AT&T Annoyance Call Bureau to the subscriber of the number identified
  *or*
- or a referral to law enforcement

If you want the AT&T Annoyance Call Bureau to forward the traced information to law enforcement, please contact your local law enforcement department to file a case. Obtain the police case number and contact the AT&T Annoyance Call Bureau at 800-348-8727.

If you subscribe to *57 - Call Trace, you may choose to activate the service immediately after your annoying call. A charge applies if *57 - Call Trace is sucessful. The instructions for this service can be found at www.att.com, or you can contact your local AT&T business office. The number is located on your telephone bill.

Sincerely,
Customer Service Associate

©2008 AT&T Intellectual Property. All rights reserved. AT&T and the AT&T logo are trademarks of AT&T Intellectual Property.

AnnoyCallbureau

1091.001.000414.01.01.0000000 NNNNNNNN



AT&T Annoyance Call Bureau
2600 Camino Ramon

San Ramon, California 94583-5000
www.att.com/acb

Sep 24, 2008

LYNN SIMON
DBA ZIG ZAG BAIL BONDS
623 N 1ST ST
SAN JOSE CA  95112-5110

REF: 4082925300

Dear LYNN SIMON

The AT&T Annoyance Call Bureau has completed our portion of the
investigation on your annoyance call case.  The trap on your line
has been removed.  Please discontinue reporting dates and times.

On 09/24/2008 the AT&T Annoyance Call Bureau faxed a report to
SAN JOSE PD for case number 082359517,
reflecting the calls matched to the dates and times of the
annoyance calls you reported.  It is important to note that the
AT&T Annoyance Call Bureau can only release trapped/traced call
information to the law enforcement agency due to privacy laws.

It is now up to SAN JOSE PD to work to identify
and resolve the origin of the annoyance calls being received at
your telephone number.  Please contact the investigator assigned
to your case directly for any further assistance in this matter.

Sincerely,

AT&T Annoyance Call Bureau

082359517

# California Law Enforcement Telecommunications System (CLETS)
## Information Form

**Important Notice:** This form MUST NOT become part of the court file. It is confidential and private. If the court issues a restraining order, this form will provide law enforcement with information that will assist them in enforcing a restraining order.

**Person To Be Protected:** Fill out this form as much as you can, and give it to the court clerk. The clerk will provide the confidential information on this form to CLETS, a statewide computer system that lets police know about your order. In addition to providing the information on this form, you must provide a public mailing address on your request for a restraining order filed with the court. This will allow the court to contact you if needed and allow the other side to have their response to your petition served on you. If you want to keep your place of residence confidential, you can use a post office box or "care of" address on the request that you file.

Case number for your restraining order *(if you know it):* _____

**(1)** **Person To Be Protected** *(name):* JENNIFER WEST - BLACK FEMALE
Sex: ☐ M ☑ F  Height: 5.2  Weight: 190  Race: BLK
Hair Color: BROWN  Eye Color: Brown  Age: 44  Date of Birth: 2/13/61
623 N. FIRST ST    SAN JOSE CA    95112
*(mailing address listed on restraining order)    (city, state, zip)    (telephone number [optional])*
Vehicle *(type, model, year):* _____
Vehicle license number and state: _____

**(2)** **Person To Be Restrained** *(name):* JOHN R Hellyer
Sex: ☑ M ☐ F  Height: 5.10  Weight: _____  Race: WHT
Hair Color: BROWN/GRAY  Eye Color: Blue  Age: 40  Date of Birth: 3/10/1968
N/A
*(residence address)    (city, state, zip)    (telephone number)*
_____
*(work place)    (occupation/title)    (work hours)*
_____
*(business address)*    CA    *(city, state, zip)    (telephone number)*
Driver's license number and state: C 654178 Vehicle license number and state: CA-654178 2
Vehicle *(type, model, year):* N/A
Social Security Number: 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
Describe any marks, scars, or tattoos: RAD COMPLEXTION
Other names used by the restrained person: N/A
Describe any guns or firearms you believe the restrained person owns or has access to *(number, types, and locations):*
N/A
_____
_____

**(3)** **Other People To Be Protected** *(only in domestic violence and civil harassment cases)*
Name                Date of Birth        Sex        Race

**Confidential-Do not file in court file.**

Judicial Council of California, www.courtinfo.ca.gov
New July 1, 2007, Mandatory Form
Martin Dean's
ESSENTIAL FORMS™
**Confidential CLETS Information**    DV-260/CH-102/EA-102, Page 1 of 1
(Domestic Violence, Civil Harassment, Elder Abuse)

Case: 12-05132    Doc# 6    Filed: 08/07/12    Entered: 08/07/12 13:02:53    Page 25 of 56

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*

*JENNIFER WEST*
*1023 N. FIRST ST*
TELEPHONE NO.: *408. 292. 5300*   FAX NO.: *408. 998. 0325*
ATTORNEY FOR *(Name):* **Self-Represented**

FOR COURT USE ONLY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF **Santa Clara**
STREET ADDRESS: **170 Park Center Plaza**
MAILING ADDRESS: **191 N. First Street**
CITY AND ZIP CODE: **San Jose, CA 95113**
BRANCH NAME: **Family**

CASE NAME: *WEST V HELLYER*

| CIVIL CASE COVER SHEET | | Complex Case Designation | | CASE NUMBER: |
|---|---|---|---|---|
| ☐ Unlimited (Amount demanded exceeds $25,000) | ☒ Limited (Amount demanded is $25,000 or less) | ☐ Counter ☐ Joinder Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | | JUDGE: DEPT: |

Items 1–6 below must be completed *(see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
☐ Auto (22)
☐ Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
☐ Asbestos (04)
☐ Product liability (24)
☐ Medical malpractice (45)
☐ Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
☐ Business tort/unfair business practice (07)
☐ Civil rights (08)
☐ Defamation (13)
☐ Fraud (16)
☐ Intellectual property (19)
☐ Professional negligence (25)
☐ Other non-PI/PD/WD tort (35)

**Employment**
☐ Wrongful termination (36)
☐ Other employment (15)

**Contract**
☐ Breach of contract/warranty (06)
☐ Rule 3.740 collections (09)
☐ Other collections (09)
☐ Insurance coverage (18)
☐ Other contract (37)

**Real Property**
☐ Eminent domain/Inverse condemnation (14)
☐ Wrongful eviction (33)
☐ Other real property (26)

**Unlawful Detainer**
☐ Commercial (31)
☐ Residential (32)
☐ Drugs (38)

**Judicial Review**
☐ Asset forfeiture (05)
☐ Petition re: arbitration award (11)
☐ Writ of mandate (02)
☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400-3.403)**
☐ Antitrust/Trade regulation (03)
☐ Construction defect (10)
☐ Mass tort (40)
☐ Securities litigation (28)
☐ Environmental/Toxic tort (30)
☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
☐ Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
☐ RICO (27)
☐ Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
☐ Partnership and corporate governance (21)
☒ Other petition *(not specified above)* (43)

2. This case ☐ is ☒ is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. ☐ Substantial amount of documentary evidence
   d. ☐ Large number of witnesses
   e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. ☐ monetary b. ☒ nonmonetary; declaratory or injunctive relief c. ☐ punitive
4. Number of causes of action *(specify):*
5. This case ☐ is ☒ is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: *9/24/08*

*JENNIFER WEST*
(TYPE OR PRINT NAME)

▶ *[signature]*
(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

Martin Dean's
ESSENTIAL FORMS™

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400-3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courtinfo.ca.gov

VERN

Case Number:

## (10) ☐ Other Protected Persons

List of the full names of all family or household members protected by these orders:

_____

_____

_____

### Instructions for the Protected Person

**To the person in** (1) : *(Write the name of the person in* (1)*):* _JENNIFER WEST_

## (11) Service of Order on Law Enforcement

If the court issues temporary restraining orders, by the close of business on the date the orders are made, you or your lawyer should deliver a copy of this Order and any proof of service forms to each law enforcement agency listed below.

Name of Law Enforcement Agency:

_N/A_

Address (City, State, Zip)

_____

## (12) Service of Documents

You must have someone personally deliver to the person in (2) a copy of all the documents checked below:

a. ☒ CH-120, *Notice of Hearing and Temporary Restraining Order (CLETS)* (completed and file-stamped)

b. ☒ CH-100, *Request for Orders to Stop Harassment* (completed and file-stamped)

c. ☒ CH-110, *Answer to Request for Orders to Stop Harassment* (blank form)

d. ☒ CH-145, *Proof of Firearms Turned In or Sold* (blank form)

e. ☒ CH-151, *How Can I Answer a Request for Orders to Stop Harassment?*

f. ☒ Other *(specify):* Decl. in Support of Ex Parte Appl. for Orders; How to Safely Turn in Firearms and Ammunition (local
form FM-1047)

You must file with the court before the hearing a proof of service of these documents on the person in (2) .

## (13) Time for Service *(check a, b, or c)*

a. ☒ A copy of the documents listed in (12) must be served in person to the person in (2)
at least 5 days before the hearing.

b. ☐ A copy of the documents listed in (12) must be served in person to the person in (2)
at least 2 days before the hearing.

c. ☐ A copy of the documents listed in (12) must be served in person to the person in (2)
at least _____ days before the hearing.

## (14) ☐ No Fee for Filing

Filing fees are waived.

### This is a Court Order.

Revised July 1, 2007

Martin Dean's
ESSENTIAL FORMS™

**Notice of Hearing and Temporary Restraining Order (CLETS)**
**(Civil Harassment)**

CH-120, Page 3 of 4 ➡

Case: 12-05132    Doc# 6    Filed: 08/07/12    Entered: 08/07/12 13:02:53    Page 27 of 56

Your name: **JENNIFER WEST**

**(15)** ☒ **Time for Service**

You must have your papers personally served on (notify) the person in ② at least 5 days before the hearing, unless the court orders a different time for service. *(Form CH-135 explains "What is Proof of Service?" Form CH-130 may be used to show the court that the papers have been served.)* If your papers cannot be served at least 5 days before the hearing and you need more time, explain why:

_____

_____

_____

**(16)** ☒ **No Fee for Filing**

I ask the court to waive the filing fee because the person in ② has used or threatened to use violence against me, has stalked me, or has acted or spoken in some other way that makes me reasonably fear violence. I am asking for a restraining order to stop this conduct.

**(17)** ☐ **No Fee to Serve Orders**

I ask the court to order the sheriff or marshal to serve (notify) the person in ② about the orders for free because:

a. ☐ My request for orders is based on stalking; or

b. ☐ My request for orders is based on a credible threat of violence; or

c. ☐ I am entitled to a fee waiver.

*(If you are requesting free service of the orders based on a fee waiver, you must complete and file the* Application for Waiver of Court Fees and Costs *(Form FW-001).)*

**(18)** ☐ **Lawyer's Fees and Costs**

I ask the court to order payment of my:

a. ☐ Lawyer's fees

b. ☐ Out-of-pocket expenses

The amounts requested are:

| Item | Amount | Item | Amount |
|------|--------|------|--------|
| _____ | $ _____ | _____ | $ _____ |
| _____ | $ _____ | _____ | $ _____ |
| _____ | $ _____ | _____ | $ _____ |

☐ *Check here if you need more space. Attach a sheet of paper and write "CH-100, item 18-Lawyer's Fees and Costs" at the top of the page.*

**(19)** **Additional Relief**

I ask the court for additional relief as may be proper.

**(20)** Number of pages attached to this form, if any: _____

Date: _____

**IN PRO PER** _____  ▶ _____
Lawyer's name                                          Lawyer's signature

I declare under penalty of perjury under the laws of the State of California that the information above and on all attachments is true and correct.

Date: _____**9/27/08**_____

_____**JENNIFER WEST**_____  ▶ _____*Jnf West*_____
Type or print your name                                Sign your name

**This is not a Court Order.**

**Request for Orders to Stop Harassment**
(Civil Harassment)

CH-100, Page 4 of 4

Your name: JENNIFER WEST

Case Number:

(6) Describe how the person in (2) has harassed you: *THREATNING PHONE CALLS*
   a.  Date of most recent harassment: *Sept 19, 2008 @ 11 pm , Sept 27, 2008 2:16*
   b.  Who was there? *NO ONE*

   c.  Did the person in (2) commit any acts of violence or threaten to commit any acts of violence against you?
     ☒ Yes   ☐ No
     *If yes, describe those acts or threats:* **See attached declaration.**

   d.  Did the person in (2) engage in a course of conduct that harassed you and caused substantial emotional distress? ☒ Yes ☐ No
     *If yes, describe:* **See attached declaration.**

   e.  Did the conduct of the person in (2) described above seriously alarm, annoy, or harass you? ☒ Yes ☐ No
     ☒ *Check here if you need more space. Attach a sheet of paper and write "CH-100, item 6 -- Describe Harassment" at the top of the page.*

**Check the orders you want** ☑

(7) ☒ **Personal Conduct Orders**
   I ask the court to order the person in (2) to **not** do the following things to me or anyone listed in (3):
   a.  ☒ Harass, attack, strike, threaten, assault (sexually or otherwise), hit, follow, stalk, destroy personal property, keep under surveillance, or block movements.

   b.  ☒ Contact (either directly or indirectly), or telephone, or send messages or mail or e-mail.
   The person in (2) will also be ordered not to take any action to get the addresses or locations of any protected persons, their family members, or their caretakers unless the court finds good cause not to make the order.

(8) ☒ **Stay-Away Orders**
   I ask the court to order the person in (2) to stay at least (specify): _____ *300* _____ yards away from me
   and the people listed in (3) and the places listed below: *(Check all that apply):*
   a.  ☒ My home      d.  ☒ My vehicle
   b.  ☒ My job or workplace   e.  ☐ Other *(specify):* _____
   c.  ☐ My children's school or child care

   If the court orders the person in (2) to stay away from all the places listed above, will that person
   still be able to get to his or her home, school, or job? ☒ Yes ☐ No
   *If no, explain:* _____

---

**This is not a Court Order.**

Revised July 1, 2007

Martin Dean's
ESSENTIAL FORMS™

**Request for Orders to Stop Harassment**
(Civil Harassment)

CH-100, Page 2 of 4
➜

Case: 12-05132   Doc# 6   Filed: 08/07/12   Entered: 08/07/12 13:02:53   Page 29 of 56

**CH-120** | **Notice of Hearing and Temporary Restraining Order**

Clerk stamps date here when form is filed.

**(1)** Name of person asking for protection:

Jennifer West,

Address *(skip this if you have a lawyer): (If you want your address to be private, give a mailing address instead):*

623 N. First St

City: San Jose  State: CA  Zip: 95112

Your telephone number *(optional):* 408 292-5300

Your lawyer *(if you have one): (Name, address, telephone number, and State Bar number):*

**Self-Represented**

*Fill in court name and street address:*

**Superior Court of California, County of Santa Clara**
**170 Park Center Plaza**
**San Jose, CA 95113**
**Mailing address:**
**191 N. First St., San Jose, CA 95113**

*Court fills in case number when form is filed.*

Case Number:

**(2)** Name of person to be restrained: John R. Hellyer

Description of that person:

| Sex: ☒ M ☐ F | Height: 5.20 | Weight: 190 | Race: WHITE |
|---|---|---|---|

Hair Color: BRN/GRAY  Eye Color: BLU  Age: 39-40  Date of Birth: 3/10/68

Home Address *(if known):* N/A

City: San Jose  State: ____  Zip: ____

Work Address *(if known):* N/A

City: ____  State: ____  Zip: ____

**To the person in ② :**

**(3)** **Notice of Hearing**

**A court hearing is scheduled on the request for orders against you to stop harassment:**

| **Hearing Date** → | Date: ____  Time: ____ | Name and address of court if different from above: |
|---|---|---|
| | Dept.: ____  Rm.: ____ | |

If you do not want the court to make orders against you, file Form CH-110. Then go to the hearing and tell the court why you disagree. You may bring witnesses and other evidence. If you do not go to this hearing, the court may make restraining orders against you that could last up to 3 years.

**(4)** **Court Orders**

The court *(check a or b):*

a. ☐ Has scheduled the hearing stated in ③ . No orders are issued against you at this time.

b. ☐ Has scheduled the hearing stated in ③ **and** has issued the temporary orders against you specified on page 2. If you do not obey these orders, you can be arrested and charged with a crime. And you may have to go to jail, pay a fine of up to $1,000, or both.

**This is a Court Order.**

Judicial Council of California, www.courtinfo.ca.gov
Revised July 1, 2007, Mandatory Form
Code of Civil Procedure, §§ 527.6 and 527.9
Approved by DOJ

Martin Dean's
ESSENTIAL FORMS™
**Notice of Hearing and Temporary Restraining Order (CLETS)** CH-120, Page 1 of 4
(Civil Harassment) →

| NAME AND ADDRESS OF PARTY OR ATTORNEY FOR PARTY: | TELEPHONE NUMBER: | FOR COURT USE ONLY |
|---|---|---|

*JENNIFER WEST*
*623 N. FIRST ST*
*SAN JOSE CA 95112*

ATTORNEY FOR (Name): **Self-represented**

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA**
  STREET ADDRESS:   170 Park Center Plaza, San Jose, CA 95113
  MAILING ADDRESS:  191 North First Street
  CITY AND ZIP CODE: San Jose, CA 95113
  BRANCH NAME:   Family Court

PLAINTIFF/PETITIONER: *Jennifer West,*

DEFENDANT/RESPONDER: *John R. Hellyer*

**DECLARATION IN SUPPORT OF EX PARTE APPLICATION FOR ORDERS**

CASE NUMBER:

DEPARTMENT NUMBER:

FCS NUMBER:

I, the undersigned, declare:

1.  I am (choose one):
    (1) ☐ attorney for Petitioner   ☐ attorney for Respondent   ☐ attorney for child(ren)
    (2) ☒ self-represented Petitioner   ☐ self-represented Respondent
    (3) ☐ other (explain):

2.  **The opposing party or minor child(ren) is represented by an attorney:** ☐ Yes ☐ No
    (If you checked "yes", fill in the attorney's name, address, and telephone number. If you checked "no", fill in the other party's name address, and telephone number.
    Party/Attorney name: _____ *John R. Hellyer* _____
    Address/Telephone number: _____ *unknown* _____
    Child's attorney name and address: _____

3.  **OTHER CASES:** Have the parties to this case been involved in another Family, Probate Juvenile, or Criminal Court Case? ☐ Yes ☒ No  If there has been another case, fill in the case number: _____

4.  **NOTICE**
    A.  **I HAVE given notice to the opposing party and/or their attorney by the following method:**
        ☐ Personal delivery  ☐ Fax  ☐ Overnight Carrier  ☐ First Class Mail  ☐Other: _____
        Date: _____   Time: _____
        I have received confirmation that the other party has received my papers as follows:  (Check one below)
        ☐ In person/telephone (describe): _____
        ☐ Confirmation of receipt.
    B.  **I HAVE NOT given notice of the ex parte request for orders because (Check all that apply. You must explain  below):**
        ☒ This is an application for Domestic Violence Prevention Act (DVPA) restraining orders.
        ☐ Great or irreparable injury will result to me before the matter can be heard on notice.
        ☐ It is impossible to give notice.
        ☐ The other party agrees to the orders requested.
        ☐ No significant burden or inconvenience to the responding party will result fro the orders requested.
        ☐ Other:_____
    C.  **Explanation:**
        ☐ A hearing between the parties is already set  I am asking that this motion be heard at the same time.
        ☒ I am unable to serve the other party 21 days before the hearing.
        ☐ I fear for my physical safety (and that of my children, if applicable).
        ☐ Other:_____

I declare under penalty of perjury that the forgoing is true and correct.

| *9/24/08* | *John West* | *Jennifer West* |
|---|---|---|
| Date | Signature of Declarant | Print Name |

FM-1013 REV 7/01/06   **DECLARATION IN SUPPORT OF EX PARTE APPLICATION FOR ORDERS**   Page 1 of 2

SHORT TITLE:

WEST V HELLYER

CASE NUMBER:

**ATTACHMENT 20 - DESCRIPTION OF CONDUCT (CH-120, ITEM 6)**

On or about April of 2008 to May 2008 I
recieved a phone call from John Hellyer @ my
place of work (Nig Nag Bail Bonds) stated I would
regret filing foreclosure to his home. He called
me a bitch, stating fuck me, In a couple
of days after that he called again and
stated hell make sure I pay if he loses his
home again using words like bitch and
stating Nig nag will pay, Prior to the
foreclosure aprox 1 day he called again telling
me He will ask God to strike vengence on me
and Nig Nag Bail Bonds, After the sale,
he came into office with a woman to
argue for paper work, and acually walked
around my desk and hung the phone up
when calling the Trust Deed company regarding
paper work, I called 911 and he and
woman left, Since there has been a
numerious amount of calls, with calling
me obsene names, with states threats
as, "you will not see tommorow, so say
good night," Thanks for making me
homeless you bitch," "your a dead nigger"
"your going to be sorry", "I will pray that

*(Required for verified pleading)* The items on this page stated on information and belief are *(specify item numbers, **not** line numbers)*:

This page may be used with any Judicial Council form or any other paper filed with the court.

Page_____

Form Approved by the
Judicial Council of California
MC-020 [New January 1, 1987]
Optional Form
Martin Dean's Essential Forms ™

**ADDITIONAL PAGE**
Attach to Judicial Council Form or Other Court Paper

CRC 201, 501

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| WEST V HELLYER | |

1  "God strike you", and on and on
2  the document calls.
3  SAT 8/30/08 @ 10⁵ᴾ
4  SAT 8/30/08 @ 6⁵⁰ᴾᴹ
5  SAT 9/6/08 @ 12¹⁸ᴾᴹ     ⎫  THESE call Recorded
6  SAT 9/6/08 @ 6²⁰ᴾᴹ      ⎬  by ATT Annoyance line
7  WED 9/11/08 @ 9¹²ᴾᴹ     ⎭
8  FRI 9/19/08 @ 10⁵¹ᴀᴹ
9  FRI 9/19/08 @ 11³²ᴾ
10  I have reported these actions to
11  San Jose police Dept
12  there are 3 pending Case #(1) 081549510
13                          (2) 082359517
14                          (3) 082067520
15  On Sept 27 John called told me he
16  will make sure I suffer the consequences
17  To trust him he will make sure
18  I pay. He stated I will pay.
19
20
21
22
23
24
25                          John L WEST  9/29/08
26  *(Required for verified pleading)* The items on this page stated on information and belief are *(specify item numbers, not line numbers):*
27  This page may be used with any Judicial Council form or any other paper filed with the court.         Page

Form Approved by the
Judicial Council of California
MC-020 [New January 1, 1987]
Optional Form
Martin Dean's Essential Forms ™

**ADDITIONAL PAGE**
Attach to Judicial Council Form or Other Court Paper

CRC 201, 501

# EXHIBIT G

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| GILFIX & LA POLL ASSOCIATES<br>2300 GENG ROAD, SUITE 200<br>PALO ALTO, CA 94303<br>Telephone No: (650) 493-8070  FAX No: (650) 493-4668 | | *FILED*<br>2009 OCT 22 AM 9:45<br>B. FORBES |
| Attorney for: | Ref. No. or File No.:<br>32362V | |
| Insert name of Court, and Judicial District and Branch Court:<br>SANTA CLARA COUNTY SUPERIOR COURT | | of the Superior Court<br>County of Santa Clara, California<br>By: ____ Deputy Clerk |
| Plaintiff: RE: ESTATE OF TOSHIE F. HELLYER | | |
| Defendant: | | |

| **PROOF OF SERVICE** | Hearing Date:<br>Mon, Dec. 14, 2009 | Time:<br>9:00AM | Dept/Div: | Case Number:<br>1-09-PR-165186 |
|---|---|---|---|---|

1.  At the time of service I was at least 18 years of age and not a party to this action.

2.  I served copies of the NOTICE OF HEARING; DECEDENT'S ESTATE OR TRUST; PETITION FOR ORDER TO MARSHALL ASSETS W/ EXHIBITS 1-6; PROPOSED ORDER

3.  *a. Party served:*              ZIG ZAG BAIL BONDS
    *b. Person served:*           LYNN SIMS, AUTHORIZED TO ACCEPT

4.  *Address where the party was served:*        623 North First Street
                                                  San Jose, CA 95112

5.  *I served the party:*
    a.  **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Oct. 14, 2009 (2) at: 11:10AM

7.  **Person Who Served Papers:**                     Recoverable Cost Per CCP 1033.5(a)(4)(B)
    a. JOHN COOK                                    d.  **The Fee** for Service was:    $63.50
    **b. SWIFT ATTORNEY SERVICE**                   e.  I am: (3) registered California process server
       P.O. BOX 5324                                    (i)   Independent Contractor
       500 ALLERTON STREET, SUITE 105                   (ii)  Registration No.:    409
       Redwood City, CA 94063                           (iii) County:             San Mateo
    c. (650)364-9612, FAX (650)364-3305

8.  *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

    Date: Thu, Oct. 15, 2009

    _____

| Judicial Council Form<br>Rule 2.150.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE | (JOHN COOK) | gilfix.45200 |
|---|---|---|---|

# EXHIBIT H

1  JEFFREY W. NUNES - SBN 263345
   RUSCONI, FOSTER & THOMAS, APC
2  30 Keystone Avenue
   Morgan Hill, CA 95037
3  Phone: 408-779-2106
   Fax:   408-779-1553
4
   Attorneys for Lynn Simon
5

6

7

8              SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                      COUNTY OF SANTA CLARA

10

11 In the matter of Toshie Hellyer,     )   CASE NO.  1-09-PR-165186
                                         )
12                                       )   AFFIDAVIT OF
           Decedent,                     )   LYNN SIMON
13 _____)
                                         )
14 Randolph John T. ("RJ") Hellyer,      )
                                         )
15              Executor,                )
                                         )
16        vs.                            )
                                         )
17 Reliable Trust Deed Services,         )
   Zig Zag Bail Bonds, Caliquest LLC,    )
18 and DOES 1 through 100,               )
                                         )
19              Respondents.             )
                                         )
20 _____)

21
        I, LYNN SIMON, under penalty of perjury declare:
22
        1.   I have been the owner and operator of Zig Zag Bail
23
   Bonds in San Jose, California since 1985.
24
        2.   I was not personally served with the Petition For Order
25
   to Marshall Assets ("the Petition") in this matter that was
26
   scheduled for a hearing in this Court on December 14, 2009.
27

28                              1
   _____
   AFFIDAVIT OF LYNN SIMON

Because I was not served with the Petition I was unaware of the need to defend Zig Zag Bail Bonds at the Court hearing on December 14, 2009. The allegations made in the Petition served as the basis for the Court to issue a judgment against Zig Zag Bail Bonds, and then ultimately against me personally.

3. John Hellyer, the personal representative of the Estate of Toshie Hellyer, was a repeat client of Zig Zag Bail Bonds since September 30, 1999. Between September 1999 and January 2007 Zig Zag Bail Bonds bailed John Hellyer thirteen (13) times.

4. Toshie Hellyer, John's mother, used her property as collateral on her son's bail bonds. John Hellyer was in and out of jail so frequently that Toshie Hellyer advised Zig Zag to keep the deed of trust it held on her property as a convenience to her so that we could provide bail for her son when it became necessary without having to reestablish collateral for the bonds.

5. Following Ms. Hellyer's death, John Hellyer also advised Zig Zag to keep the deed of trust on the property to use as security for any future bail bonds.

6. On January 19, 2007, John Hellyer was arrested. John Hellyer contacted Zig Zag for bail. After his release John Hellyer came to the Zig Zag office and completed and signed a bail contract that called for monthly payments on the $15,000.00 bail bond. See Bail Contract attached as Exhibit A.

7. After two months, John Hellyer had failed to make a single payment on the bail bond. Zig Zag sent multiple collection notices to John Hellyer. See collection notices attached as Exhibit B.

2

AFFIDAVIT OF LYNN SIMON

8. By August 2007, Zig Zag had exhausted its efforts to collect the money owed by John Hellyer and we referred the matter to Reliable Trust Deed Services to complete a foreclosure on the deed of trust and obtain payment for the bail bond. See Request to Prepare Notice of Default, attached at Exhibit C.

9. Once the matter was turned over to Reliable Trust Deed Services, Zig Zag had nothing to do with the actual execution of the foreclosure.

10. In December 2007, we received a notice of Bankruptcy that had been filed on behalf of John Hellyer. At that time, based on the bankruptcy notice, it was my understanding that the foreclosure process had to be stopped. Zig Zag responded to the bankruptcy with a proof of claim dated March 24, 2008. See Proof of Claim, attached as Exhibit D. We were notified that the bankruptcy case was dismissed by the Court on May 21, 2008.

11. Once the bankruptcy case was dismissed and the foreclosure process was continued, John Hellyer began making threatening phone calls to the Zig Zag office. In particular, my employee Jennifer West was threatened by John Hellyer because he was upset about the foreclosure on the house for the bail bond. John Hellyer repeatedly called the Zig Zag office and Jennifer West threatening her with bodily harm and vowing that we would pay for our actions. Zig Zag contacted the police regarding the threatening phone calls and Jennifer West filed complaints with both AT&T and the police department. See ATT&T and Court documents attached as Exhibit E.

12. On June 11, 2008, Zig Zag received a check from

3

Case: 12-05132   Doc# 6   Filed: 08/07/12   Entered: 08/07/12 13:02:53   Page 39 of 56

Reliable Trust Deed Services for $4,096.32 which included the principal balance owed and fees and interest.

13. On February 9, 2009, we were copied on a letter from Stephen M. Vernon to Dan Pearson, counsel for Reliable Trust Deed Services, requesting the sales proceeds from the foreclosure. See letter attached as Exhibit F.

14. The next time I received anything related to this case was on May 6, 2011, when we received a letter stating that there was a judgment enclosed against Reliable Trust Deed Services. See letter attached as Exhibit G. I did not understand why the Estate's attorney was sending a judgment against Reliable to my office, but I assumed that the matter did not concern Zig Zag. Indeed, I thought that the matter was over and did not concern me or Zig Zag at that time.

15. In the mail we received a notice of a hearing on October 13, 2011, regarding a Petition to Clarify Orders and Correct Names. Jennifer West attended this hearing for Zig Zag but was told that she could not make an appearance in the matter because she was not an attorney and was not Lynn Simon.

16. Since October 13, 2011, I have learned that a Petition For Order to Marshall Assets was filed in this Court in September 2009, with a hearing on December 14, 2009. I was never served with this Petition and was not aware of the hearing at the time. This is why no one ever appeared on behalf of Zig Zag Bail Bonds at the hearing.

17. I am now aware that a Proof of Service was filed with the Court stating that I was personally served with the Petition

4

Case: 12-05132   Doc# 6   Filed: 08/07/12   Entered: 08/07/12 13:02:53   Page 40 of 56

on Wednesday October 14, 2009 at 11:10am at 623 North First
Street in San Jose California. The representations in this Proof
of Service are false. See Proof of Service attached as Exhibit
H.

18. I was never personally served with the Petition in this
matter. Moreover, on Wednesday October 14, 2009, I was not in San
Jose, California. During the years 2009 and 2010, I spent ever
Tuesday and Wednesday in Discovery Bay, California, taking care
of my grandchildren. Therefore, I could not have been personally
served with this Petition as alleged in the Proof of Service.
The Proof of Service also claims that Lynn Sims was personally
served, and not Lynn Simons.

19. Additionally, the allegations in the Petition claiming
that John Hellyer's bail bond was paid in full, and that
therefore the foreclosure was improper, are false. Zig Zag's
documentation shows that John Hellyer was delinquent in his
obligation to make payments on the bail bond and that he ignored
our efforts to collect on that debt. Moreover, I believe that
John Hellyer's attempt to file bankruptcy and his subsequent
threatening phone calls and behavior regarding the foreclosure
prove that he had actual notice of the foreclosure before it
occurred contrary to the allegations of the Petition.

20. I was unable to present this evidence to the Court or
to defend Zig Zag because I was never served with the Petition
properly.

I declare under penalty of perjury under the laws of
the State of California that the foregoing is true and correct,

5

AFFIDAVIT OF LYNN SIMON

1    and I could competently testify thereto if called as a witness.

2    DATED: November 8, 2011.

3

                        LYNN SIMON

4

5    State of California         )
                               ) ss.

6    County of Santa Clara     )

7      On _11/15/2011_, before me, _Jennifer R. West_, a Notary Public,
personally appeared Lynn Simon, who proved to me on the basis of

8    satisfactory evidence to be the person whose name is subscribed
to the within instrument and acknowledged to me that she executed

9    the same in her authorized capacity, and that by her signatures
on the instrument the person, or the entity upon behalf of which

10   the person acted, executed the instrument.

11      I certified under PENALTY OF PERJURY under the laws of the
State of California that the foregoing paragraph is true and

12   correct.

13      WITNESS my hand and official seal.

14

15

16

17

18                                JENNIFER R. WEST
                               COMM. NO. 1837430

19                             NOTARY PUBLIC – CALIFORNIA
                            COUNTY OF SANTA CLARA
                            COMM. EXPIRES FEB. 20, 2013

20

21

22

23

24

25

26

27

28                             6

AFFIDAVIT OF LYNN SIMON

1  JEFFREY W. NUNES - SBN 263345
   RUSCONI, FOSTER & THOMAS, APC
2  30 Keystone Avenue
   Morgan Hill, CA 95037
3  Phone: 408-779-2106
   Fax:   408-779-1553
4
   Attorneys for Lynn Simon
5

6

7

8            SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                    COUNTY OF SANTA CLARA

10

11  In the matter of Toshie Hellyer,   )   CASE NO.  1-09-PR-165186
                                        )
12                                      )   **AFFIDAVIT OF**
                     Decedent,          )   **LESLIE MEDINA**
13  _____ )
                                        )
14  Randolph John T. ("RJ") Hellyer,    )
                                        )
15                   Executor,          )
                                        )
16           vs.                        )
                                        )
17  Reliable Trust Deed Services,       )
    Zig Zag Bail Bonds, Caliquest LLC,  )
18  and DOES 1 through 100,             )
                                        )
19                   Respondents.       )
20  _____ )

21

22       I, LESLIE MEDINA, under penalty of perjury declare:

23       1.   I am the owner of Dolce Vita Day Spa & Salon.  I live

    at 6970 New Melones Circle, Discovery Bay, California 94505.

24
         2.   Lynn Simon is my mother.
25
         3.   In the years 2008, 2009, 2010, and part of 2011, I
26
    required help with my two boys because I was a single parent.
27

28                                 1
    _____
    AFFIDAVIT OF LYNN SIMON

1 This help I received from my mother, Lynn Simon, allowed me to
2 work three days during the week.

3     4. My mother, Lynn Simon, would drive to my home every
4 Tuesday in Discovery Bay so she could assist me with my boys.
5 Lynn Simon would pick up my boys from school on Tuesdays and
6 Wednesdays. On Wednesdays my boys had early release and my
7 mother would pick them up from school and take care of them the
8 rest of the day. She would then stay at my house on Wednesday
9 nights, and drop my boys off at school on Thursday mornings
10 before heading back to San Jose.

11     I declare under penalty of perjury under the laws of
12 the State of California that the foregoing is true and correct,
13 and I could competently testify thereto if called as a witness.
14 DATED: December 9, 2011.

15                  _Leslie Medina_
16                  LESLIE MEDINA

17 State of California      )
                        ) ss.
18 County of Santa Clara   )

19     On 12-9-2011, before me, Jennifer R West, a Notary Public,
personally appeared Leslie Medina, who proved to me on the basis
20 of satisfactory evidence to be the person whose name is
subscribed to the within instrument and acknowledged to me that
21 she executed the same in her authorized capacity, and that by her
signatures on the instrument the person, or the entity upon
22 behalf of which the person acted, executed the instrument.

23     I certified under PENALTY OF PERJURY under the laws of the
State of California that the foregoing paragraph is true and
24 correct.

25     WITNESS my hand and official seal.



26     JENNIFER R. WEST
27     COMM. NO. 1837430
    NOTARY PUBLIC – CALIFORNIA
    COUNTY OF SANTA CLARA
    COMM. EXPIRES FEB. 20, 2013
28                  2

AFFIDAVIT OF LYNN SIMON

Case: 12-05132   Doc# 6   Filed: 08/07/12   Entered: 08/07/12 13:02:53   Page 44 of 56

31-0500 or 611 from your wireless phone.

Bill Reprint

**408-410-3196**

## Detail (Continued)

**User Name: ZIG ZAG BAIL**

Rate Code: CN9N=NTNUNLIMITED
Rate Period (PD): NW=Nwknd, DT=Daytime
Feature: VM=VOICE MAIL, CW=Call Waiting



| Item | Day | Date | Time | Number Called | Call To | Min | Rate Code | Rate Pd | Feature | Airtime Charge | LD/Add'l Charge | Total Charge |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | 0.00 |
| 56 | | 10/13 | 4:27PM | 408-219-1234 | SAN JO CA | 2 | CN9N | DT | | | | 0.00 |
| 57 | | 10/13 | 4:28PM | 408-219-1234 | CALL WAIT | 1 | CN9N | DT | CW | | | 0.00 |
| 58 | | 10/13 | 4:57PM | 650-796-9661 | INCOMI CL | 4 | CN9N | DT | | | | 0.00 |
| 59 | | 10/13 | 5:28PM | 000-000-0000 | BLOCKED | 1 | CN9N | DT | | | | 0.00 |
| 60 | | 10/13 | 5:29PM | 408-293-1841 | INCOMI CL | 1 | CN9N | DT | | | | 0.00 |
| 61 | | 10/13 | 5:30PM | 408-410-3196 | INCOMI CL | 1 | CN9N | DT | | | | 0.00 |
| 62 | | 10/13 | 6:26PM | 408-410-3196 | INCOMI CL | 1 | CN9N | DT | | | | 0.00 |
| 63 | | 10/13 | 6:33PM | 408-410-3196 | INCOMI CL | 1 | CN9N | DT | | | | 0.00 |
| 64 | | 10/13 | 6:37PM | 408-410-3196 | INCOMI CL | 6 | CN9N | DT | | | | 0.00 |
| 65 | | 10/13 | 7:05PM | 408-410-3196 | INCOMI CL | 1 | CN9N | DT | | | | 0.00 |
| 66 | | 10/13 | 8:11PM | 650-465-3066 | REDWOO CA | 1 | CN9N | NW | | | | 0.00 |
| 67 | | 10/13 | 9:16PM | 408-410-3196 | INCOMI CL | 2 | CN9N | NW | | | | 0.00 |
| 68 | | 10/13 | 10:07PM | 408-410-3196 | INCOMI CL | 5 | CN9N | DT | | | | 0.00 |
| 69 | WED | 10/14 | 7:12AM | 650-364-1566 | INCOMI CL | 5 | CN9N | DT | | | | 0.02 |
| 70 | | 10/14 | 7:32AM | 650-364-1566 | REDWOO CA | 9 | CN9N | DT | | | | 0.00 |
| 71 | | 10/14 | 7:41AM | 408-550-5456 | SAN JO CA | 1 | CN9N | DT | | | | 0.00 |
| 72 | | 10/14 | 7:44AM | 408-410-3196 | INCOMI CL | 2 | CN9N | DT | | | | 0.00 |
| 73 | | 10/14 | 7:46AM | 408-550-5456 | SAN JO CA | 3 | CN9N | DT | | | | 0.00 |
| 74 | | 10/14 | 7:49AM | 408-219-1234 | SAN JO CA | 6 | CN9N | DT | | | | 0.00 |
| 75 | | 10/14 | 8:22AM | 408-550-5456 | INCOMI CL | 3 | CN9N | DT | | | | 0.00 |
| 76 | | 10/14 | 9:03AM | 408-226-4700 | SAN JO CA | 1 | CN9N | DT | | | | 0.00 |
| 77 | | 10/14 | 9:09AM | 866-672-3304 | INCOMI CL | 1 | CN9N | DT | | | | 0.00 |
| 78 | | 10/14 | 10:24AM | 408-761-9366 | CAMPBE CA | 2 | CN9N | DT | | | | 0.00 |
| 79 | | 10/14 | 10:43AM | 602-523-1205 | INCOMI CL | 1 | CN9N | DT | | | | 0.00 |
| 80 | | 10/14 | 10:45AM | 408-292-5300 | SAN JO CA | 1 | CN9N | DT | | | | 0.00 |
| 81 | | 10/14 | 10:46AM | 408-761-9366 | CAMPBE CA | 1 | CN9N | DT | | | | 0.00 |
| 82 | | 10/14 | 10:50AM | 415-271-9749 | SNFC C CA | 1 | CN9N | DT | | | | 0.00 |
| 83 | | 10/14 | 10:52AM | 408-287-0200 | SAN JO CA | 2 | CN9N | DT | | | | 0.00 |
| 84 | | 10/14 | 10:53AM | 408-287-0200 | SAN JO CA | 2 | CN9N | DT | | | | 0.00 |
| 85 | | 10/14 | 10:54AM | 408-550-5456 | CALL WAIT | 10 | CN9N | DT | CW | | | 0.00 |
| 86 | | 10/14 | 11:04AM | 408-550-5456 | SAN JO CA | 12 | CN9N | DT | | | | 0.00 |
| 87 | | 10/14 | 11:08AM | 408-550-5456 | SAN JO CA | 8 | CN9N | DT | | | | 0.00 |
| 88 | | 10/14 | 11:16AM | 415-271-9749 | SNFC C CA | 7 | CN9N | DT | | | | 0.00 |
| 89 | | 10/14 | 11:22AM | 408-550-5456 | SAN JO CA | 2 | CN9N | DT | | | | 0.00 |
| 90 | | 10/14 | 11:24AM | 415-271-9749 | CALL WAIT | 1 | CN9N | DT | CW | | | 0.00 |
| 91 | | 10/14 | 11:24AM | 408-550-5456 | SAN JO CA | 3 | CN9N | DT | | | | 0.00 |
| 92 | | 10/14 | 11:27AM | 408-410-3196 | VMAIL CL | 2 | CN9N | DT | VM | | | 0.00 |
| 93 | | 10/14 | 11:28AM | 408-287-0200 | SAN JO CA | 2 | CN9N | DT | | | | 0.00 |
| 94 | | 10/14 | 11:30AM | 408-550-5456 | SAN JO CA | 2 | CN9N | DT | | | | 0.00 |
| 95 | | 10/14 | 11:34AM | 408-971-6666 | SAN JO CA | 2 | CN9N | DT | | | | 0.00 |
| 96 | | 10/14 | 11:37AM | 408-287-0231 | INCOMI CL | 1 | CN9N | DT | | | | 0.00 |
| 97 | | 10/14 | 11:49AM | 408-287-0231 | INCOMI CL | 2 | CN9N | DT | | | | 0.00 |
| 98 | | 10/14 | 12:06PM | 408-219-1234 | SAN JO CA | 1 | CN9N | DT | | | | 0.00 |
| 99 | | 10/14 | 12:06PM | 925-420-5857 | E CNTR CA | 1 | CN9N | DT | | | | 0.00 |
| 100 | | 10/14 | 12:23PM | 408-410-3196 | VMAIL CL | 1 | CN9N | DT | VM | | | 0.00 |
| 101 | | 10/14 | 12:24PM | 408-550-5456 | SAN JO CA | 3 | CN9N | DT | | | | 0.00 |
| 102 | | 10/14 | 1:09PM | 408-550-5456 | SAN JO CA | 2 | CN9N | DT | VM | | | 0.00 |
| 103 | | 10/14 | 1:18PM | 408-410-3196 | VMAIL CL | 1 | CN9N | DT | | | | 0.00 |
| 104 | | 10/14 | 1:29PM | 631-393-9400 | INCOMI CL | 1 | CN9N | DT | | | | 0.00 |
| 105 | | 10/14 | 2:11PM | 408-550-5456 | SAN JO CA | 2 | CN9N | DT | | | | 0.00 |
| 106 | | 10/14 | 2:34PM | 408-292-5300 | SAN JO CA | 2 | CN9N | DT | | | | 0.00 |
| 107 | | 10/14 | 2:36PM | 408-292-5300 | SAN JO CA | 4 | CN9N | DT | | | | 0.00 |
| 108 | | 10/14 | 4:25PM | 408-292-5300 | SAN JO CA | 1 | CN9N | DT | VM | | | 0.00 |
| 109 | | 10/14 | 4:45PM | 408-410-3196 | VMAIL CL | 1 | CN9N | DT | | | | 0.00 |

3533.001.000418.08.44.0000000 NNNNNNNY 34743.34743



**Byron Union School District**

14301 Byron Highway    Byron, CA 94514
(925) 809-7500 FAX: (925) 634-9421
Ken Jacopetti, Superintendent

November 22, 2011

To Whom It May Concern:

As of the 2008-2009 school year, the Byron Union School District has had "early release" Wednesdays at each of its campuses.   Attached is the bell schedule from 2009-2010 which shows the release times for Wednesdays during our school year.

Should you require additional information, please contact my office.

Sincerely,

Ken Jacopetti
Superintendent

*Excellence Everyday in Every Way*

# BYRON UNION SCHOOL DISTRICT

| Discovery Bay Elem. School | Timber Point Elem. School | Excelsior Middle School |
|---|---|---|
| 1700 Willow Lake Rd., Discovery Bay 94505 | 40 Newbury Lane, Discovery Bay 94505 | 14301 Byron Hwy, Byron 94514 |
| (925) 634-2150 | (925) 634-4399 | (925) 634-2128 |

## 2009-2010 SCHOOL CALENDAR



**JULY**
| | | | | | | |
|---|---|---|---|---|---|---|
| | | 1 | 2 | | July 4th Holiday | 7/3 |
| 6 | 7 | 8 | 9 | 10 | New Teacher Day | 7/22 |
| 13 | 14 | 15 | 16 | 17 | Staff Day | 7/23 |
| 20 | 21 | 22 | 23 | 24 | Certificated Work Days | 7/24,7/27 |
| 27 | 28 | 29 | 30 | 31 | **Students Begin** | **7/28** |

**AUGUST**
| 3 | 4 | 5 | 6 | 7 |
| 10 | 11 | 12 | 13 | 14 |
| 17 | 18 | 19 | 20 | 21 |
| 24 | 25 | 26 | 27 | 28 |
| 31 |

**SEPTEMBER**
| | 1 | 2 | 3 | 4 | Staff Dev-No Students | 9/4 |
| 7 | 8 | 9 | 10 | 11 | Labor Day | 9/7 |
| 14 | 15 | 16 | 17 | 18 |
| 21 | 22 | 23 | 24 | 25 |
| 28 | 29 | 30 | | | Fall Break | 9/28-10/9 |

**OCTOBER**
| | | | 1 | 2 | Fall Break | 9/28-10/9 |
| 5 | 6 | 7 | 8 | 9 |
| 12 | 13 | 14 | 15 | 16 |
| 19 | 20 | 21 | 22 | 23 |
| 26 | 27 | 28 | 29 | 30 |

**NOVEMBER**
| 2 | 3 | 4 | 5 | 6 |
| 9 | 10 | 11 | 12 | 13 | Veterans Day | 11/11 |
| 16 | 17 | (18) | (19) | (20) | Parent Conferences | 11/18-11/19 |
| 23 | 24 | 25 | 26 | 27 | Thanksgiving Recess | 11/25-11/27 |
| 30 |

**DECEMBER**
| | 1 | 2 | 3 | 4 |
| 7 | 8 | 9 | 10 | 11 |
| 14 | 15 | 16 | 17 | (18) | Winter Break | 12/21-1/1/10 |
| 21 | 22 | 23 | 24 | 25 | Board Holiday | 12/24, 12/31 |
| 28 | 29 | 30 | 31 | | Legal Holiday | 12/25 |

**JANUARY**
| | | | | 1 | Legal Holiday | 1/1 |
| 4 | 5 | 6 | 7 | 8 | School Resumes | 1/4 |
| 11 | 12 | 13 | 14 | 15 |
| 18 | 19 | 20 | 21 | 22 | M.L. King Day | 1/18 |
| 25 | 26 | 27 | 28 | 29 |

**FEBRUARY**
| 1 | 2 | 3 | 4 | 5 |
| 8 | 9 | 10 | 11 | 12 | Lincoln's Birthday Holiday | 2/12 |
| 15 | 16 | 17 | 18 | 19 | President's Day Holiday | 2/15 |
| 22 | 23 | 24 | 25 | 26 |

**MARCH**
| 1 | 2 | 3 | 4 | 5 |
| 8 | 9 | (10) | (11) | (12) | Parent Conferences | 3/10-3/11 |
| 15 | 16 | 17 | 18 | 19 | Spring Break | 3/15-3/26 |
| 22 | 23 | 24 | 25 | 26 |
| 29 | 30 | 31 |

**APRIL**
| | | | 1 | 2 | Easter Recess | 4/2-4/5 |
| 5 | 6 | 7 | 8 | 9 | Easter Holiday | 4/5 |
| 12 | 13 | 14 | 15 | 16 |
| 19 | 20 | 21 | 22 | 23 |
| 26 | 27 | 28 | 29 | 30 |

**MAY**
| 3 | 4 | 5 | 6 | 7 |
| 10 | 11 | 12 | 13 | 14 |
| 17 | 18 | 19 | 20 | 21 |
| 24 | 25 | 26 | 27 | 28 | Staff Dev-No Students | 5/28 |
| 31 | | | | | Memorial Day | 5/31 |

**JUNE**
| | 1 | 2 | 3 | 4 | **Last Day of School** | **6/3** |
| 7 | 8 | 9 | 10 | 11 | Staff Workday | 6/4 |
| 14 | 15 | 16 | 17 | 18 |
| 21 | 22 | 23 | 24 | 25 |
| 28 | 29 | 30 |

Total Teaching Days:　180 + 4 Workdays + 3 Staff Dev. = 187

*Approved 10/14/08*

| | | |
|---|---|---|
| Principal | 210 Days | ▓ Legal Holiday |
| School Secretary | 205 Days | ▓ Board Holiday |
| Fall Break: | 9/28-10/9/09 | ☐ Breaks: No Students/Staff |
| Winter Break: | 12/21-1/1/10 | ◪ Staff Dev. Days: No students |
| Spring Break: | 3/15-3/26/10 | ( ) Minimum Days |

# Byron Union School District Bell Schedule

## 2009 – 2010

### Discovery Bay School Grades K-5

1700 Willow Lake Rd.
(925) 809-7540
Allan Petersdorf, Principal

|  | Regular Schedule | Early Release Wednesdays |
|---|---|---|
| Kindergarten: | 8:35 a.m. – 2:00 p.m. | 8:35 a.m. – 12:45 p.m. |
| 1-3rd Grades: | 8:35 a.m. – 2:37 p.m. | 8:35 a.m. – 12:45 p.m. |
| 4th/5th Grade: | 8:35 a.m. – 3:23 p.m. | 8:35 a.m. – 1:15 p.m. |

**Minimum Day**

| All Grades: | 8:35 a.m. – 11:40 a.m. | 8:35 a.m. – 11:40 a.m. |
|---|---|---|

### Timber Point School Grades K-5

40 Newbury Lane
(925) 809-7550
Brian Burnight, Principal

### Excelsior School Grades 6/7/8

14301 Byron Highway
(925) 809-7530
Charles Miller, Principal

|  | Regular Schedule | Early Release Wednesdays |
|---|---|---|
|  | 8:00 a.m. – 2:52 p.m. | 8:00 a.m. – 12:30 p.m. |

**Minimum Days:**

|  | 8:00 a.m. – 11:55 a.m. | 8:00 a.m. – 11:55 a.m. |
|---|---|---|

11-22-'11 14:49 FROM-Byron Unified School          T-931  P0002/0003 F-134

11/18/11

TO: Lynn Simon

From: Jeannine Freitas
925-516-1221 x102

HARVEST PARK BOWL
5000 BALFOUR RD
BRENTWOOD, CA. 94513-4901
925-516-1221

Merchant ID: 8010287293
Term ID: 00020330000601028729901

### Sale

xxxxxxxxxxxx8169
VISA                    Entry Method: Swiped

Total:              $           27.00

10/14/09                          13:04:46
Inv #: 000008          Appr Code: 014918
Apprvd: Online              Batch#: 000717

I agree to pay above total amount
according to card issuer agreement
(Merchant agreement of credit voucher)

X_____
        SIMON/LYNN A

            Merchant Copy

            THANK YOU!

*023
4 First St
San Jose*

products to choose from, the next time you need financing, think Capital One.

- **Banking**
- **Money Markets**
- **Payroll**
- **Auto Loans**
- **Credit Cards**
- **Healthcare Finance**

Learn more and apply today at
**www.capitalone.com**

MEMBER FDIC

---



what's in your wallet?

www.capitalone.ca

| Previous Balance | Payments & Credits | | FINANCE CHARGE | | Transactions | | New Balance | Minimum Payment | Due Date |
|---|---|---|---|---|---|---|---|---|---|
| $2,339.71 | $566.00 | + | $48.78 | + | $676.98 | = | $2,499.47 | $73.00 | Nov. 10, 2009 |

Sep. 17, 2009 — Oct. 16, 2009     Page 1 of 1

PLEASE PAY AT LEAST THIS AMOUNT

Visa Business Card Account
5802-1323-7756-0589

**No Hassle REWARDS**

**Your Account Information**

| | |
|---|---|
| TOTAL CREDIT LINE | $3,000.00 |
| TOTAL AVAILABLE CREDIT | $500.53 |
| CREDIT LINE FOR CASH | $2,500.00 |
| AVAILABLE CREDIT FOR CASH | $500.53 |

**Rewards Summary**

| | |
|---|---|
| Previous available balance: | 23,490 |
| Earned this period: | 667 |
| (reflects transactions posted during this billing cycle) | |
| Available Balance: | 24,157 |

**Payments, Credits & Adjustments**

| | | | |
|---|---|---|---|
| 1 | 03 OCT | PAYMENT | $66.00- |
| 2 | 08 OCT | Cap 1 PaybyPhonePmt AuthDate 08-O CT | $500.00- |

**Finance Charges** (Please see reverse for important information)

| | Balance applied to | Periodic rate | Corresponding APR | FINANCE CHARGE |
|---|---|---|---|---|
| Purchases | $2,563.77 | 0.06342% D | 23.15% | $48.78 |
| Cash | $0.00 | 0.06342% D | 23.15% | $0.00 |

ANNUAL PERCENTAGE RATE applied this period:   23.15%

**Transactions**

| | | | |
|---|---|---|---|
| 3 | 19 SEP | CORRECTIONAL BILL SVCS 600-967-9649 TX | $56.95 |
| 4 | 21 SEP | CHEVRON 00090271 WOODS DE CA | $75.00 |
| 5 | 24 SEP | CHEVRON 00090271 WOODS DE CA | $65.95 |
| 6 | 01 OCT | BENIHANA #CU CUPERTINO CA | $245.44 |
| 7 | 02 OCT | CHEVRON 00090271 WOODSIDE CA | $68.54 |
| 8 | 03 OCT | The Solomon Wine Company 209-577-9061 CA | $70.00 |
| 9 | 08 OCT | CAPITALPAY TRANSACTIONFEE | $10.00 |
| 10 | 12 OCT | SHELL OIL 27425929000 SAN FRANCISCO CA | $51.10 |
| 11 | 14 OCT | RAVE MOTION PICTURES-B BRENTWOOD CA | $34.00 |

*Sean Ellis     (925)-809-0030     Corp # 214 880-6300 TEXAS.*

**At Your Service** - Go to www.capitalone.com to manage your account, or Call 1-800-867-0904 to report a lost or stolen card or speak to Customer Relations

**Pay Online** at www.capitalone.com or mail your payment to:
Capital One Bank (USA), N.A. • P.O. Box 60599 • City of Industry, CA 91716-0599

**Send Inquiries to:**
Capital One • P.O. Box 30285 • Salt Lake City, UT 84130-0285

**Manage your Rewards** online by visiting
www.capitalone.com/milesrewards
or Call: 1-800-228-3001

**Have a question about a charge on your statement?**
Please refer to the Billing Rights Summary on the back of your statement or visit www.capitalone.com/disputes

# Lowe's® Visa® Rewards Card

LYNN A SIMON     Visit us at www.lowesvisacredit.com

Account Number:   4305 9825 6930 8169
Customer Service:   1-800-508-2520

## ACCOUNT INFORMATION

| | |
|---|---|
| Payment Due Date : | 11/13/2009 |
| Minimum Payment This Period | $67.00 |
| Total Minimum Payment | $67.00 |
| Statement Date : | 10/21/2009 |
| Days In Billing Period | 30 |

## BALANCE SUMMARY

| | |
|---|---|
| Previous Balance | $2,192.18 |
| - Payments & Credits | $400.00 |
| + Purchases/Balance Transfers/Fees/Debits | $490.56 |
| + Cash Advances | $0.00 |
| +/- Net FINANCE CHARGE/Transaction Fees | $43.16 |
| = New Balance | $2,325.90 |
| Credit Limit | $2,370 |
| Available Credit | $44 |
| Cash Advance Limit | $480 |
| Available Cash | $44 |

## REWARDS SUMMARY

| | |
|---|---|
| Previous Rewards Point Balance | 959 |
| Points Earned on Lowe's Purchases | 0 |
| Points Earned on Other Purchases | 847 |
| Points Converted to Rewards Certificates | 0 |
| Current Rewards Point Balance | 1,806 |

## REWARDS NEWS

You're only 194 points away from earning your next $20 Lowe's reward certificate. Remember for every dollar you spend at Lowe's, you earn 3 points, for every dollar you spend at gas stations, grocery stores, restaurants and drugstores you earn 2 points, and everywhere else your Visa card is used, you earn 1 point. All you need is 2000 points to earn a $20 certificate.

## TRANSACTION SUMMARY

| Tran Date | Post Date | Invoice Number/ Reference Number | Description | Amount |
|---|---|---|---|---|
| 09/26 | 09/26 | 24625128EEAJBBKEW | CHEVRON 00091374 REDWOOD CITY CA | $62.01 |
| 09/30 | 09/30 | 74026218K00XTZR0M | PHONE PAYMENT-THANK YOU ATLANTA GA | $400.00 CR |
| 10/02 | 10/02 | F4543008K000PF001 | PAY BY PHONE FEE ALPHARETTA GA | $15.00 |
| 10/07 | 10/07 | 24129428T2X4A83YV | USA INDEPENDENT REDWOOD CITY CA | $84.00 |
| 10/14 | 10/14 | 241640790QD86LF6Z | CHILI'S GRI96000009605 ANTIOCH CA | $62.94 |
| 10/14 | 10/14 | 246251290EAP8EE51 | CHEVRON 00206854 LIVERMORE CA | $59.14 |
| 10/14 | 10/14 | 2471705904PN990DP | HARVEST PARK BOWL BRENTWOOD CA | $27.00 |
| 10/16 | 10/16 | 242236993LDKAWRKK | MANDALOUN 2021 BROADWAYCA | $104.12 |
| 10/16 | 10/16 | 24055239260KF38ZQ | AUTO PRIDE CAR WASH REDWOOD CITY CA | $76.35 |
| 10/21 | 10/21 | *FINANCE CHARGE* | PURCHASES $43.16 CASH ADVANCE $0.00 | $43.16 |

**PAYMENT DUE BY 5:00 PM ON THE DUE DATE.** We may convert your payment to an electronic debit. See reverse side for details.
**NOTICE:** See reverse side for Billing Rights and other important information.

7009   0009   M3G   1   7 21   091021     Page 1 of 2     4543   4990   C404   01BK7009    20978

▼Detach and mail this portion with your check to LOWE'S. Please use blue or black ink.▼



| Total Minimum Payment Due | Payment Due Date | New Balance | Account Number |
|---|---|---|---|
| $67.00 | 11/13/2009 | $2,325.90 | 4305 9825 6930 8169 |

Fill in amount completely   $ ⬜⬜⬜⬜⬜ . ⬜⬜

*Paid By Phone 250* (handwritten)

New address or email? Check the box at left and print changes on back.



LYNN A SIMON
942 WILMINGTON WAY
EMERALD HILLS CA 94062-4036

20978
1130

Make Payment To:   LOWE'S
PO BOX 960010
ORLANDO, FL 32896-0010

Case: 12-05132   Doc# 6   Filed: 08/07/12   Entered: 08/07/12 13:02:53   Page 51 of 56

# EXHIBIT I

THIS DOCUMENT HAS A COLORED BACKGROUND AND HIGH RESOLUTION BORDER. THE REVERSE SIDE OF THIS DOCUMENT HAS AN ARTIFICIAL WATERMARK.

**7634**

**RELIABLE TRUST DEED SERVICES, INC**
Client Trust Account
19510 Ventura Blvd, Ste 214
Tarzana, CA 91356
818-708-7272

First Private Bank & Trust
16000 Ventura Boulevard
Encino, CA 91316
818-789-9055

90-4255 / 1222

6/11/2008

$ **4,096.32

TO THE
ER OF   Zig Zag Bail bonds

Four Thousand Ninety-Six and 32/100*** ********************************************** ***********************************

Zig Zag Bail bonds

AUTHORIZED SIGNATURE

MO   07-23046 Hellyer

⑈⑆2224O492⑈⑆ ⑈1OO8952⑈⑆ 7634

# EXHIBIT J

MICHAEL GILFIX
MYRA GERSON GILFIX *
FRANCIS A. LA POLL
BARBARA M. LOEBNER
JANET L. TALLETT
CHRISTINE E. AKUTAGAWA
ELLEN S. COOKMAN

# GILFIX & LA POLL
## ASSOCIATES LLP
Legal and Consulting Services

2300 Geng Road, Suite 200
Palo Alto, CA 94303
Telephone: (650) 493-8070 or (408) 971-7292
Gil-Fax: (650) 493-4668

STEPHEN M. VERNON*
CECELIA C. FUSICH*
JOHN C. MEYER*

*OF COUNSEL

*[handwritten: Called Dan 5/10/11 Check trust Deeds, can we sue them?]*

May 6, 2011

*First Class Mail*

Lynn Simon
Jennifer West
Zig Zag Bail Bonds
623 North 1st Street
San Jose, CA 95112

Re:    *Hellyer - Zig Zag Bail Bonds*

Dear Ms. Simon and Ms. West:

We represent John T. Hellyer, executor of the estate of Toshie Hellyer. We enclose a judgment against Reliable Trust Deed Services. Please contact the undersigned within one week to make payment arrangements.

Sincerely,

Stephen M. Vernon
of Counsel
Gilfix and La Poll Associates LLP

*EXHIBIT J.*

# RESPONSE SUMMARY

In response to the summons I want the court be to understand my financial situation, as the economy is in crisis so am I. As Zig Zag bail bonds is my only source of income please know the bail business is extremely slow. Currently I am only writing maybe 3 to 4 bonds a month, most bonds that I write I must make payment arrangements because other bail companies do or undercut the 10% premium required. When I do make payment arranges to even write the bail I pray that get paid the monthly installments that are contracted. (John Hellyer didn't even pay me his premium), my secretary in the office can only work 2 hours weekly because I can not pay her. As for my personal finances I lost a home and was left with a huge debt after my divorce, I have been sued on several occasions because of these depts. My home is currently going through foreclosure and the building where I do bail. At this point I am only trying to survive.

All of this information has been documents in the bankruptcy court, I do not agree with the courts judgments because again, I was never able to tell my side of the story, I was never involved in the process of the foreclosure I was only trying to collect a debt the was rightfully owed to me. In fact I cannot even afford to hire an attorney I had to do this.

Lynn Simon