Breck E. Milde (State Bar No.122437)
bmilde@terra-law.com
Andrew J. Ditlevsen (State Bar No. 284911)
aditlevsen@terra-law.com
TERRA LAW LLP
177 Park Avenue, Third Floor
San Jose, CA 95113
Telephone: (408) 299-1200
Facsimile: (408) 998-4895

Attorneys for Plaintiff
Randolph T. Hellyer

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>LYNN ANN SIMON,<br><br><br>Debtor.<br>———————————————<br>RANDOLPH JOHN T. HELLYER, as executor to the estate of Toshie Hellyer,<br><br>Plaintiff,<br><br>vs.<br><br>LYNN ANN SIMON,<br><br>Defendant. | Case No. 12-52118-CN<br><br>Chapter 7<br><br>Adv. Proc No. 12-05132<br><br>**DECLARATION OF RANDOLPH JOHN T. HELLYER IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>Date: April 25 2013<br>Time: 2:00 p.m.<br>Room: 3070<br>Judge: Hon. Charles Novack |

I, Randolph John T. Hellyer, declare as follows:

1. I have personal knowledge of the facts set forth in this declaration, except where indicated on information and belief, and if called as a witness I could competently testify thereto under oath.

2. At all times relevant herein I was the executor of the Estate of Toshie Hellyer. Toshie Hellyer is my mother and she passed away in 2004.

3. I never received a notice of default, notice of the trustee's sale, or any other notice related to foreclosure proceedings of real property commonly known as 1850 Findley Drive, Milpitas, California (the "Property), which was owned by my mother prior to her death and owned by me thereafter.

4. I am informed and believe that the Property at the time of trustee's sale in November 2007 was worth approximately $700,000.

5. My mother informed me prior to her death in 2004 that all debts secured by deeds of trust executed for the benefit of Zig Zag Bail Bonds were repaid in full and thereby extinguished.

6. As a result of the wrongful foreclosure of the Property I was permanently deprived of the certain personal property which was located inside the Property at the time of sale, and which was never returned to me thereafter. Additionally, the purposefully unnoticed trustee sale, commenced under the direction of Lynn Simon, deprived me of my rights and interest in the Property. Ultimately, as a result of Ms. Simon's malicious conduct, I was rendered homeless.

7. Subsequent to the wrongful foreclosure sale, I retained legal counsel in an attempt to recover my property, or at least the value thereof. My previously retained counsel obtained an order for the probate court awarding me title to the property and monetary damages. I, through my previously retained counsel, made repeated demands on Lynn Simon to turn over the monetary proceeds which she received and converted as a result of the wrongful foreclosure sale (which fact is further evidenced by a letter sent from my former legal counsel to legal counsel for Lynn Simon's appointed foreclosure trustee attached hereto as Exhibit A).

I declare under penalty of perjury under the laws of the United States of America that the foregoing declaration is true and correct.

Executed on March 13, 2013 at San Jose, California.

/s/ Randolph John T. Hellyer
Randolph John T. Hellyer

# EXHIBIT A

MICHAEL GILFIX
MYRA GERSON GILFIX *
FRANCIS A. LA POLL
BARBARA M. LOEBNER
JANET L. TALLETT
PETRA S. THOMPSON**
CHRISTINE E. AKUTAGAWA
ELLEN S. REINSTEIN

STEPHEN M. VERNON*
CECELIA C. FUSICH*
*OF COUNSEL
**NOT ADMITTED IN CALIFORNIA

# GILFIX & LA POLL ASSOCIATES LLP
Legal and Consulting Services

2300 Geng Road, Suite 200
Palo Alto, CA 94303
Telephone: (650) 493-8070
Gil-Fax: (650) 493-4668

SAN JOSE OFFICE
Suite 1113
950 South Bascom Avenue
San Jose, CA 95128
(408) 971-7292

February 9, 2009

*Fax 626) 963-7163 and Mail*
Daniel Lars Pearson, Esq.
Law Offices of Daniel L. Pearson
1905 East Route 66, Suite 102
Glendora, CA 91740-4679

Re: RJ Hellyer -Reliable Trust Deed Services
1850 Findley Drive, Milipitas, CA
Trustee Sale No. 07-23046

Dear Mr. Pearson:

Confirming my telephone messages, we represent RJ Hellyer. We are informed that his property at the above address was sold by your client at foreclosure sale. While he does not agree that the purported trust deed holder, ZigZag Bail Bonds, was entitled to foreclose, Mr. Hellyer is entitled to immediate receipt of all the owner's proceeds, which we understand are held by your client, Reliable Trust Deed Services.

Please instruct your client to remit those proceeds immediately to Mr. Hellyer in care of the undersigned, with an accounting for the sale.

Sincerely,

Stephen M. Vernon

cc: RJ Hellyer

```
TRANSMISSION VERIFICATION REPORT

                                    TIME  : 02/09/2009 14:54
                                    NAME  : GILFIX & LA POLL
                                    FAX   : 6504934668
                                    TEL   :

DATE,TIME              02/09 14:54
FAX NO./NAME           16269637163
DURATION               00:00:22
PAGE(S)                01
RESULT                 OK
MODE                   STANDARD
                       ECM
```

MICHAEL GILFIX
MYRA GERSON GILFIX *
FRANCIS A. LA POLL
BARBARA M. LOEHNER
JANET L. TALLETT
PETRA S. THOMPSON**
CHRISTINE E. AKUTAGAWA
ELLEN S. REINSTEIN

STEPHEN M. VERNON*
CECELIA C. FUSICH*
* OF COUNSEL
**NOT ADMITTED IN CALIFORNIA

# GILFIX & LA POLL ASSOCIATES LLP
Legal and Consulting Services

2300 Geng Road, Suite 200
Palo Alto, CA 94303
Telephone: (650) 493-8070
Gil-Fax: (650) 493-4668

<u>SAN JOSE OFFICE</u>
Suite 1113
950 South Bascom Avenue
San Jose, CA 95128
(408) 971-7292

February 9, 2009

*Fax* 626) 963-7163 *and Mail*
Daniel Lars Pearson, Esq.
Law Offices of Daniel L. Pearson
1905 East Route 66, Suite 102
Glendora, CA 91740-4679

  Re: RJ Hellyer -Reliable Trust Deed Services
     1850 Findley Drive, Milipitas, CA
     Trustee Sale No. 07-23046

Dear Mr. Pearson:

  Confirming my telephone messages, we represent RJ Hellyer. We are informed that his property at the above address was sold by your client at foreclosure sale. While he does not agree that the purported trust deed holder, ZigZag Bail Bonds, was entitled to foreclose, Mr. Hellyer is entitled to immediate return of the surplus funds from the sale, which we understand are held by your client, Reliable Trust Deed Services.

MICHAEL GILFIX
MYRA GERSON GILFIX *
FRANCIS A. LA POLL
BARBARA M. LOEBNER
JANET L. TALLETT
PETRA S. THOMPSON**
CHRISTINE E. AKUTAGAWA
ELLEN S. REINSTEIN

STEPHEN M. VERNON*
CECELIA C. FUSICH*
*OF COUNSEL
**NOT ADMITTED IN CALIFORNIA

# GILFIX & LA POLL ASSOCIATES LLP
Legal and Consulting Services

2300 Geng Road, Suite 200
Palo Alto, CA 94303
Telephone: (650) 493-8070
Gil-Fax: (650) 493-4668

SAN JOSE OFFICE
Suite 1113
950 South Bascom Avenue
San Jose, CA 95128
(408) 971-7292

February 17, 2009

Mr. Pearson:

This is an urgent matter, to which we have had no response. Do you represent Reliable Trust Deed Services in this matter? If so, please remit the funds and the accounting now.

Stephen M. Vernon

---

February 9, 2009

Fax 626) 963-7163 *and Mail*
Daniel Lars Pearson, Esq.
Law Offices of Daniel L. Pearson
1905 East Route 66, Suite 102
Glendora, CA 91740-4679

    Re:    RJ Hellyer - Reliable Trust Deed Services
              1850 Findley Drive, Milipitas, CA
              Trustee Sale No. 07-23046

Dear Mr. Pearson:

    Confirming my telephone messages, we represent RJ Hellyer. We are informed that his property at the above address was sold by your client at foreclosure sale. While he does not agree that the purported trust deed holder, ZigZag Bail Bonds, was entitled to foreclose, Mr. Hellyer is entitled to immediate receipt of all the owner's proceeds, which we understand are held by your client, Reliable Trust Deed Services.

    Please instruct your client to remit those proceeds immediately to Mr. Hellyer in care of the undersigned, with an accounting for the sale.

                                          Sincerely,

                                          Stephen M. Vernon

cc:    RJ Hellyer

TRANSMISSION VERIFICATION REPORT

```
                                                TIME : 02/17/2009 16:02
                                                NAME : GILFIX & LA POLL
                                                FAX  : 6504934668
                                                TEL  :
```

```
DATE,TIME         02/17  16:02
FAX NO./NAME      16269637163
DURATION          00:00:24
PAGE(S)           01
RESULT            OK
MODE              STANDARD
                  ECM
```

MICHAEL GILFIX
MYRA GERSON GILFIX *
FRANCIS A. LA POLL
BARBARA M. LOEHNER
JANET L. TALLETT
PETRA S. THOMPSON**
CHRISTINE E. AKUTAGAWA
ELLEN S. REINSTEIN

STEPHEN M. VERNON*
CECELIA C. FUSICH*
*OF COUNSEL
**NOT ADMITTED IN CALIFORNIA

# GILFIX & LA POLL ASSOCIATES LLP
Legal and Consulting Services

2300 Geng Road, Suite 200
Palo Alto, CA 94303
Telephone: (650) 493-8070
Gil-Fax: (650) 493-4668

<u>SAN JOSE OFFICE</u>
Suite 1113
950 South Bascom Avenue
San Jose, CA 95128
(408) 971-7292

February 17, 2009

Mr. Pearson:

This is an urgent matter, to which we have had no response. Do you represent Reliable Trust Deed Services in this matter? If so, please remit the funds and the accounting now.

Stephen M. Vernon

February 9, 2009

Fax: 626) 963-7163 and Mail
Daniel Lars Pearson, Esq.
Law Offices of Daniel L. Pearson
1905 East Route 66, Suite 102
Glendora, CA 91740-4679

Re:  RJ Hellyer -Reliable Trust Deed Services
     1850 Findley Drive, Milipitas, CA
     Trustee Sale No. 07-23046

Dear Mr. Pearson: