

Breck E. Milde (State Bar No.122437)
bmilde@terra-law.com
Andrew J. Ditlevsen (State Bar No. 284911)
aditlevsen@terra-law.com
TERRA LAW LLP
177 Park Avenue, Third Floor
San Jose, CA 95113
Telephone: (408) 299-1200
Facsimile: (408) 998-4895

Attorneys for Plaintiff
Randolph John T. Hellyer

**The following constitutes
the order of the court. Signed June 14, 2013**

_____
**Charles Novack
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 12-52118-CN |
| LYNN ANN SIMON, | Chapter 7 |
| Debtor. | Adv. Proc No. 12-05132 |
| RANDOLPH JOHN T. HELLYER, as executor of the estate of Toshie Hellyer, | **JUDGMENT** |
| Plaintiff, | |
| vs. | |
| LYNN ANN SIMON, | |
| Defendant. | |

The above-entitled Bankruptcy Court, having entered its Order Granting Plaintiff's Motion for Summary Judgment in favor of Plaintiff Randolph John T. Hellyer, as executor of the estate of Toshi Hellyer,

IT IS HEREBY ADJUDGED AND DECREED that plaintiff Randolph John T. Hellyer, as executor of the estate of Toshi Hellyer, shall have and recover from defendant Lynn Ann Simon a money judgment in the amount of $1,130,533.30. Said Judgment is not dischargeable pursuant to 11 U.S.C. §523(a)(6).

***END OF JUDGMENT***

# COURT SERVICE LIST

Lynn Ann Simon
630 North First Street
San Jose, CA  95112